Certificate Number: 05781-CAC-DE-028965877

Bankruptcy Case Number: 17-11972



05781-CAC-DE-028965877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2017, at 10:47 o'clock PM PDT, Beverly Murray-calcote completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 22, 2017                    By:    /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President