| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Alon Darvish<br>9454 Wilshire Blvd., Penthouse Floor<br>Beverly Hills, CA 90212<br>(310)205-5529 Fax: (310)496-0171<br>231257<br>Alon@BankruptcyLALaw.com<br><br>☐ Individual appearing without attorney<br>☐ Attorney for Movant | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Beverly Monique Murray-Calcote<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (Check only ONE box below):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: February 3, 2017      Beverly Monique Murray-Calcote      /s/ Beverly Monique Murray-Calcote
                            Printed name of Debtor 1              Signature of Debtor 1

| CITY OF LOS ANGELES<br>200 N. Main Street, Suite 300<br>Los Angeles, CA 90012 | Pay Period Ending Date: 12/10/2016<br>Salary Anniversary Date: 06/21/2020<br>Vacation Anniversary Date: 06/21/2035 | Advice No: 21495<br>Advice Date: 12/21/2016 |
|---|---|---|
| BEVERLY M CALCOTE<br>Employee ID: 92103<br>MOU: 24 POLICE OFFICERS UNIT | Department: 4301 POLICE<br>Division: 250<br>Job Class: 2214 - 3 POLICE OFFICER III<br>Salary Step: 8 | Tax Data / Federal / State<br>Marital Status: Married / Married<br>Allowances: 5 / 5<br>Add'l Amount |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HW | Hours Worked | 80.00 | 49.64 | 3,971.20 |
| OT | Overtime Banked (1.5) | 1.00 | 49.64 | 0.00 |
| FA | Field Assignment | | | -80.40 |

Gross Pay: 3,890.80

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 262.27 | 7,600.92 |
| 01 | State Withholding | 72.76 | 2,179.25 |
| 87 | Deferred Comp Loan Pmt | 88.74 | 2,307.24 |
| 03 | Pension | 354.02 | 9,008.43 |
| 88 | Deferred Comp -PreTax | 400.00 | 10,400.00 |
| 07 | FICA Medicare | 55.80 | 1,508.73 |
| 03R | Vol Pension Hlth Cont | 74.50 | 1,896.82 |

Total Taxes & Ret/Pen: 1,308.09 / 34,899.39

### CITY PAID BENEFITS

| CD | Description | Current | YTD |
|---|---|---|---|
| 55-37 | Dental Ins | 39.00 | 923.00 |
| 94-28 | Health Ins | 645.00 | 15,088.40 |

TOTAL CITY PAID BENEFITS: 684.00 / 16,011.40

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 28 | LAPRA CA Care | 28.04 | 364.52 |
| 37 | LAPPL Dental Ins | 14.57 | 349.68 |
| 41 | LACEA | 2.25 | 54.00 |
| 43 | LAPRA Life & Disability | 23.90 | 573.60 |
| 46 | LAPPL Insurance | 4.60 | 136.00 |
| 47 | LAPRA Dues | 4.50 | 108.00 |
| 51 | LAPPL Dues | 43.19 | 1,017.20 |
| 5K | LAPPL Disability Ins | 11.00 | 264.00 |
| 64 | ACEBSA | 80.91 | 1,941.84 |
| 72 | LAPRA Charity Plan | 2.00 | 48.00 |
| 84 | LAPPL Contribution | 11.00 | 264.00 |

Total Deductions: 225.96 / 5,120.93

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,890.80 | | 1,308.09 | 225.96 | 2,356.75 |
| YTD | 104,764.48 | | 34,899.39 | 5,120.93 | 64,744.16 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 189.52 | | 209.50 | 440.00 | 68.55 | 26.40 | | | | | | |
| Earned | | | | | 1.50 | | | | | | | |
| Used | | | | | | | | | | | | |
| Adjusted | | | | | | | | | | | | |
| New Balance | 189.52 | | 209.50 | 440.00 | 70.05 | 26.40 | | | | | | |

Messages:

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**
**WARNING:** You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA** Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 12/21/2016     ADVICE NO: 21495

DEPOSIT  TWO THOUSAND THREE HUNDRED FIFTY-SIX DOLLARS AND 75/100 **************     DOLLARS ****$ ********2,356.75
Wells Fargo Bank, N.A.                                                              Account No. XXXXXXXXXXXXX3609
Dept 4301    Div 250    PPE 12/10/2016

To the Account of     BEVERLY M CALCOTE     **FILE COPY**

**THANK YOU FOR BEING ON DIRECT DEPOSIT**
For questions regarding your direct deposit call (213)978-7400. The amount shown has been direct deposited to your account.

**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Pay Period Ending Date: 11/26/2016
Salary Anniversary Date: 06/21/2020
Vacation Anniversary Date: 06/21/2035

Advice No: 21504
Advice Date: 12/07/2016

BEVERLY M CALCOTE
Employee ID: 92103
MOU: 24 POLICE OFFICERS UNIT

Department: 4301 POLICE
Division: 250
Job Class: 2214 - 3 POLICE OFFICER III
Salary Step: 8

| Tax Data | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 5 | 5 |
| Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HO | Holiday Hours | 10.00 | 49.64 | 496.40 |
| HW | Hours Worked | 50.00 | 49.64 | 2,482.00 |
| VC | Vacation | 20.00 | 49.64 | 992.80 |
| OS | Overtime Banked (1.0) | 12.90 | 49.64 | 0.00 |
| OT | Overtime Banked (1.5) | 5.00 | 49.64 | 0.00 |
| FA | Field Assignment | | | -80.40 |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 262.27 | 7,338.65 |
| 01 | State Withholding | 72.76 | 2,106.49 |
| 07 | FICA Medicare | 55.80 | 1,452.93 |
| 86 | Deferred Comp -PreTax | 400.00 | 10,000.00 |
| 87 | Deferred Comp Loan Pmt | 88.74 | 2,218.50 |
| 03 | Pension | 354.02 | 8,652.41 |
| 03R | Vol Pension Hth Cont | 74.50 | 1,822.32 |
| | **Total Taxes & Ret/Pen** | **1,308.09** | **33,591.30** |

### CITY PAID BENEFITS

| | | | |
|---|---|---|---|
| 56-37 | Dental Ins | 39.00 | 884.00 |
| 94-28 | Health Ins | 645.00 | 14,443.40 |
| | **TOTAL CITY PAID BENEFITS** | **684.00** | **15,327.40** |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 28 | LAPRA CA Care | 28.04 | 336.48 |
| 37 | LAPPL Dental Ins | 14.57 | 335.11 |
| 41 | LACEA | 2.25 | 51.75 |
| 43 | LAPRA Life & Disability | 23.90 | 549.70 |
| 46 | LAPPL Insurance | 4.60 | 131.40 |
| 47 | LAPRA Dues | 4.50 | 103.50 |
| 51 | LAPPL Dues | 43.19 | 974.10 |
| 5K | LAPPL Disability Ins | 11.00 | 253.00 |
| 64 | ACEBSA | 80.91 | 1,860.93 |
| 72 | LAPRA Charity Plan | 2.00 | 46.00 |
| 84 | LAPPL Contribution | 11.00 | 253.00 |

Gross Pay: 3,890.80

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,890.80 | | 1,308.09 | 225.96 | 2,356.75 |
| YTD | 100,873.68 | | 33,591.30 | 4,894.97 | 62,387.41 |

Total Deductions: 225.96  4,894.97

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 209.52 | | 209.50 | 440.00 | 61.05 | 13.50 | | | | | | |
| Earned | | | | | 7.50 | 12.90 | | | | | | |
| Used | 20.00 | | | | | | | | | | | |
| Adjusted | | | | | | | | | | | | |
| New Balance | 189.52 | | 209.50 | 440.00 | 68.55 | 26.40 | | | | | | |

Messages:

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**
**WARNING:** You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA** Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 12/07/2016    ADVICE NO: 21504

DEPOSIT  TWO THOUSAND THREE HUNDRED FIFTY-SIX DOLLARS AND 75/100    DOLLARS ****$ *********2,356.75
Wells Fargo Bank, N.A.                                               Account No. XXXXXXXXXXXXX3609
         Dept 4301     Div 250     PPE 11/26/2016

To the Account of       BEVERLY M CALCOTE        **FILE COPY**

**THANK YOU FOR BEING ON DIRECT DEPOSIT**
For questions regarding your direct deposit call (213)978-7400. The amount shown has been direct deposited to your account.