JEREMY W. FAITH (State Bar No. 190647)
NOREEN A. MADOYAN (State Bar No. 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email:  Jeremy@MarguliesFaithLaw.com
Email:  Noreen@MarguliesFaithLaw.com

[Proposed] Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRY-CALCOTE,<br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter: 7<br><br>**NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH, LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017**<br><br>[No Hearing Required] |
|---|---|

**TO ALL PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE** that Rosendo Gonzalez, Chapter 7 Trustee in the above-referenced bankruptcy case has submitted an application to the United States Bankruptcy Court for an order authorizing him to employ Margulies Faith, LLP, as general counsel for the Trustee (the "Application") with such employment effective as of April 26, 2017.

     The Trustee requires the assistance of counsel in this case to advise the Trustee on matters relating to the administration of the estate, including the analysis, prosecution and collection of unscheduled potential assets; and to prepare and file motions, applications, pleadings, and orders relating to the recovery and liquidation of the estate's assets, as well as any other legal issues that may arise in the administration of the case.  Employment of MF will minimize fees and reduce costs to the bankruptcy estate.

     MF is a law firm experienced in bankruptcy proceedings and has agreed to undertake this employment as attorneys for the Trustee if authorized by this Court.  MF will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

     MF has agreed to accept, as compensation for its services, such sums as may be allowed by the Court in accordance with the law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.  MF has neither received a retainer nor a lien or interest in property of the Debtor or third parties with respect to its representation of the Trustee.  No agreement exists for a division of fees between MF and any other person or entity except as among the members of MF.  No compensation will be paid by the Trustee to MF except upon application to, and approval by, this Court after notice and a hearing pursuant to §§ 330 and 331 of the Bankruptcy Code.  Attached

hereto as **Exhibit A** is a copy of MF's resume and fee schedule, which sets forth the experience and qualifications of MF's attorneys and their fees.

Attorneys with MF have represented other trustees in cases before this court, and have previously represented the Trustee in certain unrelated cases assigned to the Trustee for administration.  Further, Jeremy W. Faith, a partner with MF, is a Chapter 7 Trustee for the Northern Division of the Central District of California, and the Trustee has previously provided professional services to Mr. Faith solely in Mr. Faith's capacity as a Chapter 7 Trustee.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the instant case.  The Trustee is informed and believes that MF does not represent any interest adverse to the Trustee, to creditors herein, or the estate, and that MF is a "disinterested person" as such term is defined in 11 U.S.C. § 101(14).  The Trustee believes that it is in the best interest of the estate to employ MF as general counsel to the Trustee and the estate.

Any person who wishes to receive a copy of the Application can do so by contacting proposed counsel for the Trustee, whose address and telephone number are listed in the upper left hand corner of the first page hereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Application and request for hearing must comply with Local Bankruptcy Rule 9013-1(f)(1) and be filed with the Clerk of the Bankruptcy Court, located at 3420 Twelfth Street, Riverside, California, and served on:

> Office of the United States Trustee
> 3801 University Avenue, Suite 720
> Riverside, Ca 92501-3200
>
> Rosendo Gonzalez
> Chapter 7 Trustee
> 530 S. Hewitt Street, Suite 148
> Los Angeles, CA 90013
>
> Jeremy W. Faith, Esq.
> Noreen Madoyan, Esq.
> Margulies Faith, LLP
> 16030 Ventura Blvd. Suite 470
> Encino, CA 91436

no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D),(E), or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application without further hearing and notice.

Dated: May 10, 2017                                MARGULIES FAITH, LLP

*/s/ Noreen Madoyan*
Jeremy W. Faith
Noreen Madoyan
[Proposed] Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

Mailing Date: May 10, 2017

2

# EXHIBIT A



# BIOGRAPHIES

## *PARTNERS*

CRAIG G. MARGULIES, Education: University of California, Santa Barbara (B.A. 1992); University of Miami School of Law (J.D. 1995). Admitted to California Bar, 1996; Minnesota, 1996; Colorado, 1996. Admitted to the Ninth Circuit Court of Appeals; admitted to the Central, Southern, Northern and Eastern Districts of California. Member: American Bar Association, Beverly Hills Bar Association, California Bankruptcy Forum, and American Bankruptcy Institute. Mr. Margulies' billable rate is $560.00 per hour.

JEREMY W. FAITH, Education: University of California, Santa Barbara (B.A. - Business Economics, 1994); Loyola Law School (J.D. 1997).  After admission to the California Bar in 1997, Mr. Faith practiced State and Federal class action and appellate litigation, switching his specialization to bankruptcy and restructuring in 1999.  Beginning in 2000, Mr. Faith joined the Los Angeles bankruptcy firm Robinson, Diamant & Wolkowitz as an associate, becoming a partner in 2006.  Mr. Faith's career as a bankruptcy practitioner has focused on representing chapter 7 trustees, chapter 11 debtors-in-possession, litigants in bankruptcy court, and unsecured creditor committees. In 2010 Mr. Faith started his own firm, Goodman Faith, LLP, eventually merging that practice with Craig G. Margulies to establish Margulies Faith, LLP in 2012.  Mr. Faith was appointed to the Panel of Chapter 7 Trustees for the Central District of California in 2011, in which capacity he continues to serve.  Mr. Faith's chapter 7 trustee position is based in the Central District's Northern Division.  Mr. Faith also serves as a Chapter 11 Trustee in operating reorganization matters.  Mr. Faith's hourly rate is $560.00 per hour.

## *ASSOCIATES*

MEGHANN TRIPLETT, Education: University of Southern California, Los Angeles, (B.A., Political Science, 2004); Chapman University School of Law, Orange, California, (J.D., 2009); Admitted to the California Bar, 2009; Admitted to Central, Southern, Northern, and Eastern Districts of California. Judicial Law Clerk to the Honorable Kathleen Thompson, and the Honorable Catherine E. Bauer, Santa Ana Division. Member: American Bankruptcy Institute, IWIRC (International Women's



Insolvency & Restructuring Confederation), Santa Barbara County and San Luis Obispo County Bar Associations.  Ms. Triplett's hourly rate is $410.00 per hour.

NOREEN A. (GUREGIAN) MADOYAN, Education: University of Southern California, Marshall School of Business (B.S. Business Administration, 2008); Loyola Law School, Los Angeles (J.D., 2011). Admitted to the California Bar in 2011; Admitted to the Central District of California in 2014. Judicial Law Clerk to the Honorable Scott C. Clarkson, Meredith A. Jury, and Mark S. Wallace, Central District of California (2012-2014); Volunteer Law Clerk for the Honorable Victoria Kaufman (2011-2012); Extern for the Honorable Alan M. Ahart (2009); Member: IWIRC (International Women's Insolvency & Restructuring Confederation), Southern California network. Ms. Madoyan's hourly rate is $390.00 per hour.

MONSI MORALES, Education: Boston University (B.A. 1998); Washington University School of Law (J.D. 2004).  Admitted to California Bar, 2004. Ms. Morales graduated from Washington University School of Law in St. Louis, Missouri in 2004, where her coursework focused on bankruptcy and reorganization, commercial finance and general corporate law. Following graduation, Ms. Morales moved to Los Angeles to serve as a law clerk to the Hon. Alan M. Ahart, Bankruptcy Judge for the Central District of California, from 2004 to 2007.  Since beginning her practice in 2007, Ms. Morales has gained extensive experience as a bankruptcy practitioner, representing debtors, creditors, trustees and committees.  Ms. Morales is an active member of the Hispanic National Bar Association, IWIRC (International Women's Insolvency & Restructuring Confederation), the Beverly Hills Bar Association and Financial Lawyers Conference. Ms. Morales's hourly rate is $460.00 per hour.

*PARALEGALS*

HELEN CARDOZA, Education: University of California, San Diego (B.A., Political Science, 2008); Ms. Cardoza worked as a Generalist Clerk in the Clerk's office at the United States Bankruptcy Court, San Fernando Valley Division for three years with experience in all chapters of bankruptcy. Ms. Cardoza has worked with Margulies Faith,



LLP from the inception of the firm and assists Mr. Faith with various bankruptcy administrator functions.  Ms. Cardoza's hourly rate is $225.00 per hour.

<u>BRIAN REED,</u> Education: Boston College (B.A., 1994); University of California, Los Angeles (M.A., 2000). Mr. Reed has worked as a Senior Bankruptcy Analyst for multiple Chapter 7 Trustees since 2005, analyzing over 25,000 bankruptcy petitions and supplemental documents for asset identification and grounds for dismissal or conversion.  Mr. Reed was called as a witness before the Administrative Office of the United States Courts in Washington, D.C., giving testimony on the Advisory Committee on Rules of Bankruptcy Procedure's Forms Modernization Project.  Mr. Reed also holds three copyrights for bankruptcy software. Member: American Bankruptcy Institute; National Association of Bankruptcy Trustees.  Mr. Reed's hourly rate is $225.00 per hour.

**EXHIBIT A**    **Page 5 of 5**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH, LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   **Alon Darvish** alon@bankruptcylalaw.com, darvishecf@gmail.com;r50916@notify.bestcase.com
   **Rosendo Gonzalez** (TR) rgonzalez@ecf.epiqsystems.com, itran@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
   **Noreen A Madoyan** Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
   **United States Trustee** (LA) ustpregion16.la.ecf@usdoj.gov
   **Zann R Welch** ecfnotices@ascensioncapitalgroup.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **May 10, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   **JUDGE**: Service on Judge not required per Court Manual, Appendix F
   **DEBTOR**: Beverly Monique Murry-Calcote, 3316 West Ave. M-2, Lancaster, CA 93536.

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2017 | Brian Reed | /s/ Brian Reed |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (as needed)**

## 2) Service via U.S. Mail:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-11972-RK<br>Central District of California<br>Los Angeles<br>Wed May 10 15:53:10 PDT 2017 | BMW Bank of North America<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Unify Financial Credit Union<br>PO BOX 10018<br>Manhattan Beach, CA 90267-7518 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BMW Financial Services<br>5550 Britton Pkwy<br>Hilliard, OH 43026-7456 | Bank of America<br>PO BOX 650225<br>Dallas, TX 75265-0225 |
| Chris Albence & Assoc<br>7777 Fay Avenue Suite 205<br>La Jolla, CA 92037-4324 | Inglewood Park Cemetary<br>PO BOX 6042<br>Inglewood, CA 90312-6042 | Los Angeles Police FCU<br>16150 Sherman Way<br>Van Nuys, CA 91406-3938 |
| Nationstar Mortgage<br>PO BOX 619063<br>Dallas, TX 75261-9063 | | |