| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Larnita A. Pette<br>2588 El Camino Real, Suite F-195<br>Carlsbad, CA 92008<br>Mobile: (707) 853-2049<br>Email: larnita.pette@gmail.com<br><br>Movant: PRO SE<br><br><br>O Debtor(s) appearing without an attorney<br>O Attorney for: | **FILED**<br>MAY 17 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Beverly Monique Murray-Calcote<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-11972-RK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) _Larnita Pette, Plaintiff in pending lawsuits (Litigant)_____,
    filed a motion or application (Motion) entitled _Motion to Extend the Deadline to File Objections to the Debtor's_____
    _Discharge._____ .

2.  Movant(s) requests that the court grant the motion without a hearing as provided for in:

    O LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on
    additional parties as specified in LBR _____; or

    O LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3.  The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

    ☒ The full motion is attached to this notice; or

    O The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is
    attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 05/17/2017

Signature of Movant or attorney for Movant

Larnita A. Pette (Movant - Pro Se)

Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⬤ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) May 17, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: Beverly Monique Murray-Calcote, 3166 West Avenue M-2, Lancaster, CA 93536
ATTORNEY FOR DEBTOR: Alon Darvish, Law Offices of Alon Darvish, 9454 Wilshire Blvd., Penthouse Floor, Beverly Hills, CA 90212
ATTORNEY FOR CHAPTER 7 TRUSTEE:Jeremy Faith, Noreen Madoyan, Margulies Faith, LLP, 16030 Ventura Blvd., Suite 470, Encino, CA 91436
CHAPTER 7 TRUSTEE: Rosendo Gonzales,

⬤ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy

⬤ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 17, 2017      LARNITH A. PETTE
_____
Date                  Printed Name                        Signature

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.