

**FILED & ENTERED**

MAY 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:17-bk-11972-RK |
| BEVERLY MONIQUE MURRAY-CALCOTE, | Chapter 7 |
| | **ORDER REQUIRING MOVANT LARNITA PETTE TO GIVE PROPER NOTICE OF HER MOTION, SET HER MOTION FOR HEARING AND FILE PROOF OF SERVICE** |
| Debtor. | |

TO LARNITA PETTE, MOVANT:

On May 17, 2017 Larnita Pette ("Movant") filed a Motion to Extend Deadline to File an Objection to the Debtor's Discharge Pursuant to 11 U.S.C. § 523 and/or § 11 U.S.C. 727 ("Motion") (Docket No. 19).  Debtor also filed a Notice of Motion for Order Without a Hearing ("Notice") (Docket No. 20) on May 17, 2017.  Movant provided notice of the motion pursuant to Local Bankruptcy Rules 9013-1(p) and (q).  Local Bankruptcy Rules 9013-1(p) and (q) allow a motion to be determined without a hearing, after notice is provided.  This procedure is not proper for a motion to extend a deadline to object to debtor's discharge.  A hearing is required.  Pursuant to Local Bankruptcy Rule 9013-

1(a)(5)(A), hearings and notice are required for all motions, except as provided by the Local Bankruptcy Rules. Ms. Pette is ordered to file and serve proper notice of the Motion and set the Motion for hearing on the court's motion calendar by June 16, 2017, giving the parties in interest 21 days advance notice of hearing from the date of service pursuant to Local Bankruptcy Rule 9013-1(d), or the Motion will be denied without prejudice. Ms. Pette is further ordered to file her proof of service of a proper Notice of Motion by June 23, 2017.

IT IS SO ORDERED.    ###

Date: May 26, 2017

_____
Robert Kwan
United States Bankruptcy Judge