United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin              Page 1 of 1            Date Rcvd: May 26, 2017
                            Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db              +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Alon   Darvish    on behalf of Debtor Beverly Monique Murray-Calcote alon@bankruptcylalaw.com,
               darvishecf@gmail.com;r50916@notify.bestcase.com
              Jeremy  Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
               guliesFaithlaw.com
              Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
               Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
              Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, itran@gonzalezplc.com,
               khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Zann R Welch    on behalf of Creditor    BMW Bank of North America
               ecfnotices@ascensioncapitalgroup.com
                                                                                              TOTAL: 6

**FILED & ENTERED**

MAY 26 2017

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY tatum      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor. | Case No. 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**ORDER REQUIRING MOVANT LARNITA PETTE TO GIVE PROPER NOTICE OF HER MOTION, SET HER MOTION FOR HEARING AND FILE PROOF OF SERVICE** |

TO LARNITA PETTE, MOVANT:

On May 17, 2017 Larnita Pette ("Movant") filed a Motion to Extend Deadline to File an Objection to the Debtor's Discharge Pursuant to 11 U.S.C. § 523 and/or § 11 U.S.C. 727 ("Motion") (Docket No. 19). Debtor also filed a Notice of Motion for Order Without a Hearing ("Notice") (Docket No. 20) on May 17, 2017. Movant provided notice of the motion pursuant to Local Bankruptcy Rules 9013-1(p) and (q). Local Bankruptcy Rules 9013-1(p) and (q) allow a motion to be determined without a hearing, after notice is provided. This procedure is not proper for a motion to extend a deadline to object to debtor's discharge. A hearing is required. Pursuant to Local Bankruptcy Rule 9013-

-1-

1  1(a)(5)(A), hearings and notice are required for all motions, except as provided by the
2  Local Bankruptcy Rules.  Ms. Pette is ordered to file and serve proper notice of the
3  Motion and set the Motion for hearing on the court's motion calendar by June 16, 2017,
4  giving the parties in interest 21 days advance notice of hearing from the date of service
5  pursuant to Local Bankruptcy Rule 9013-1(d), or the Motion will be denied without
6  prejudice.   Ms. Pette is further ordered to file her proof of service of a proper Notice of
7  Motion by June 23, 2017.
8          IT IS SO ORDERED.                    ###

Date: May 26, 2017

_____
Robert Kwan
United States Bankruptcy Judge