| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH, SBN 190647<br>NOREEN MADOYAN, SBN 279227<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br>Email:  Jeremy@MarguliesFaithLaw.com<br>Email:  Noreen@MarguliesFaithLaw.com<br><br>☐  *Movant(s) appearing without an attorney*<br>☒  *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRY-CALCOTE,<br><br><br><br><br><br><br>*Debtor(s).* | CASE NO.: 2:17-bk-11972-RK<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 05/10/2017    Movant(s) filed a motion or application (Motion) entitled: Application to Employ Margulies Faith, LLP as General Counsel for Reosendo Gonzalez, Chapter 7 Trustee Effective April 26, 2017; Declaration of Noreen Madoyan; Exhibit Thereto

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 05/10/2017    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 20   days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 05/31/2017                          /s/ Noreen Madoyan
                                          Signature


                                          Noreen Madoyan
                                          Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

1  JEREMY W. FAITH, SBN 190647
   NOREEN MADOYAN, SBN 279227
2  **MARGULIES FAITH, LLP**
   16030 Ventura Blvd., Suite 470
3  Encino, California 91436
   Telephone: (818) 705-2777
4  Facsimile:  (818) 705-3777
   Email:  Jeremy@MarguliesFaithLaw.com
5  Email:  Noreen@MarguliesFaithLaw.com

6  [Proposed] Attorneys for
   Rosendo Gonzalez, Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
9                    **LOS ANGELES DIVISION**

10  In re                                    Case No.:  2:17-bk-11972-RK

11  BEVERLY MONIQUE MURRY-                    Chapter:   7
    CALCOTE,
12
                              Debtor.         **APPLICATION TO EMPLOY MARGULIES**
13                                            **FAITH LLP AS GENERAL COUNSEL FOR**
                                              **ROSENDO GONZALEZ, CHAPTER 7**
14                                            **TRUSTEE EFFECTIVE APRIL 26, 2017;**
                                              **DECLARATION OF NOREEN MADOYAN;**
15                                            **EXHIBIT THERETO**

16                                            [11 U.S.C. §§ 327, 330, Fed. R. Bankr. P.
                                              2002, 2014; L.B.R. 2014-1, 9013-1(o)]
17
                                             [NO HEARING REQUIRED]
18

19  **TO THE HONORABLE ROBERT N. KWON, UNITED STATES BANKRUPTCY JUDGE;**

20  **THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND ALL PARTIES**

21  **IN INTEREST:**

22          Rosendo Gonzalez, the chapter 7 trustee herein (the "Trustee") for the bankruptcy

23  estate (the "Estate") of Beverly Monique Murry-Calcote (the "Debtor"), respectfully applies

24  for authority to employ Margulies Faith LLP ("MF") as general counsel for the Trustee, and

25  represents as follows:

26  ///

27  ///

28  ///

# I.

## **CASE BACKGROUND AND NEED FOR LEGAL COUNSEL**

1.      On February 17, 2017, the Debtor commenced this case by the filing of a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").  Thereafter, Rosendo Gonzalez was appointed as chapter 7 trustee of the Estate.

2.      The Trustee's investigation in this case has revealed numerous unscheduled potential assets to the Estate (the "Potential Assets"), including multiple business, real property and bank account interests.  As such, the Trustee requires the assistance of counsel to assist with the analysis, prosecution and collection of the Potential Assets for the benefit of the Estate.

3.      The Trustee believes it is in the best interest of the Estate to engage bankruptcy counsel in this case to assist with the investigation, prosecution and recovery of the Potential Assets, among other matters. MF's services will include performing the following types of professional services on behalf of the Trustee:

a.      Advising the Trustee on matters relating to administration of the Estate, and on the Trustee's rights and remedies with regard to the Estate's assets and the claims of secured and unsecured creditors;

b.      Preparing and assisting the Trustee in the preparation of such motions, applications, pleadings, and orders as are required for the orderly administration of the Estate, including but not limited to the those motions, applications, pleadings, and orders relating to the Estate's use, sale, or lease of assets of the Estate;

c.      Assisting the Trustee with the review, marketing and possible sale of Estate assets, including obtaining Bankruptcy Court approval for such actions;

d.      Reviewing pleadings and motions and preparing responses when necessary;

e.      Appearing for, prosecuting, defending, and representing the Trustee's interest in any adversary proceeding or contested matter arising in or

related to this case unless the Trustee is represented in such matters by other counsel and except to the extent that any such adversary proceeding or contested matter requires expertise in areas of law outside of MF's expertise or which is beyond MF's staffing capabilities; and

f.       Performing any other services which may be appropriate to advise and assist the Trustee in the course of this Chapter 7 case.

4.       By this Application To Employ Margulies Faith LLP As General Counsel For Rosendo Gonzalez (the "Application"), the Trustee seeks to employ MF as outlined above pursuant to 11 U.S.C. § 327, and at the expense of the Estate in accordance with 11 U.S.C. § 330.  Further, the Trustee seeks to have his employment of MF effective as of April 26, 2017.

5.       MF is composed of five (5) attorneys who specialize in, and limit their practice to, matters of insolvency, reorganization, and bankruptcy law.  MF's attorneys have represented chapter 7 trustees in hundreds of cases. As such, MF is particularly well-qualified to represent the Trustee in this case.  All attorneys comprising, or associated with, MF are admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.   Attached hereto as **Exhibit A** is the firm resume, setting forth the experience of MF's professionals.  MF's attorneys are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as the Trustee's counsel.

6.       MF represents individual debtors as counsel of record in other bankruptcy cases.  At any given time, MF may have debtor clients who have been assigned to the Trustee for the administration of their case.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the instant case.

7.       Jeremy W. Faith, a partner with MF, serves as a Chapter 7 Trustee for the Northern Division of the Central District of California.   The Trustee has provided

1  professional services to Mr. Faith, solely in Mr. Faith's capacity as a Chapter 7 trustee, in

2  other unrelated Chapter 7 cases, and Mr. Faith has represented the Trustee, solely in the

3  Trustee's capacity as a Chapter 7 Trustee, in certain other unrelated cases assigned to

4  the Trustee for administration.  These matters are separate cases and in no way impact

5  the disinterested nature of MF's representation of the Trustee in the instant case.

6      8.    Because MF's practice is limited exclusively to matters of bankruptcy,

7  insolvency and reorganization law, the services provided by MF do not include the

8  rendition of substantive legal advice outside of these areas, such as corporate tax,

9  securities, tort, environmental, labor, criminal, or real estate law.  MF will not be required

10  to represent or advise the Trustee in matters which MF believes are beyond MF's

11  expertise, such as the areas of law just described.  In addition, MF will not be required to

12  represent the Trustee in matters where MF determines that it lacks the ability to staff the

13  matter adequately.

14                                **II.**

15                    **COMPENSATION OF THE FIRM**

16      9.    MF has agreed to accept as compensation for its services such sums as

17  may be allowed by this Court in accordance with law, based upon the time spent and

18  services rendered, the results achieved, the difficulties encountered, the complexities

19  involved, and other appropriate factors.

20      10.    MF will comply with the Guidelines for Reviewing Applications for

21  Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

22  promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58,

23  Appendix A.

24      11.    MF has neither received a retainer, nor a lien or interest in property of the

25  Debtor or third parties, with respect to its representation of the Trustee.  No agreement

26  exists for a division of fees between MF and any other person or entity except as among

27  the members of MF.

28  ///

                                    4

12.    MF has advised the Trustee that MF intends to annually review and adjust its customary hourly billing rates to insure that its billing rates are competitive with those of comparable firms in the Los Angeles area.  MF believes that the rates charged by its professionals are fair and reasonable in light of the services rendered and the rates charged for similar types of services by comparable law firms and that its rates are comparable to – and frequently lower than – the rates charged by comparable firms. MF will timely notify the Trustee, the OUST, and the Court of any change in MF's billing rates for this case.

13.    No compensation will be paid by the Trustee to MF except upon application to, and approval by, this Court after notice and a hearing pursuant to §§ 330 and 331 of the Bankruptcy Code.

14.    There is no agreement between the Trustee and MF regarding MF's employment in this case other than as expressed in this Application.

**IV.**

**MF IS DISINTERESTED AND HOLDS NO INTEREST**

**ADVERSE TO THE ESTATE**

15.    To the best of the Trustee's knowledge, based upon the Declaration of Noreen Madoyan (the "Madoyan Declaration"),  MF and all attorneys associated with MF who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the Estate, and do not have any connections with the Debtor, the creditors of the Estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST, except as stated in the Madoyan Declaration.

16.    To the best of the Trustee's knowledge, based upon the Madoyan Declaration, MF:

a.    Is not, and was not, a creditor, an equity security holder, or an insider of the Debtor;

b.    Is not, and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

c.      Does not have an interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

d.      Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

**V.**

**NOTICE OF THE APPLICATION IS SUFFICIENT**

17.      A notice advising creditors and other interested parties of the Trustee's Application and summarizing the Application's contents has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

**WHEREFORE**, the Trustee prays that he be authorized to employ Margulies Faith LLP as his general counsel in this case, effective April 26, 2017, with compensation to be paid in such amount as the Court may hereafter allow in accordance with law.

DATED: May _10th_, 2017

_____
ROSENDO GONZALEZ, Chapter 7 Trustee

PRESENTED BY:

**MARGULIES FAITH, LLP**

By: _/s/ Noreen Madoyan_____
    Jeremy W. Faith
    Noreen Madoyan
    [Proposed] Attorneys for Rosendo Gonzalez,
    Chapter 7 Trustee

### DECLARATION OF NOREEN MADOYAN

I, Noreen Madoyan, declare as follows:

1.     I am an attorney at law, duly-qualified to practice before all courts of the State of California and before the United District Court for the Central District of California. I am an associate with the law firm of Margulies Faith LLP.  I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true.  All capitalized terms herein have the same meaning as in the Application to which this declaration is annexed.

2.     MF is composed of five (5) attorneys who specialize in, and limit their practice to, matters of insolvency, reorganization, and bankruptcy law.  MF's attorneys have represented chapter 7 trustees in hundreds of cases. As such, MF is particularly well-qualified to represent the Trustee in this case.  All attorneys comprising, or associated with, MF are admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.   Attached hereto as **Exhibit A** is the firm resume, setting forth the experience of MF's professionals.  MF's attorneys are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as the Trustee's counsel.

3.     MF will comply with the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

4.     Following the Trustee's request that MF represent him in this case as general counsel, a conflicts check was undertaken, utilizing MF's client list database.  I also reviewed the potential representation of the Trustee with other attorneys at MF to ensure that no conflict of interest exists.

///

///

Based upon the conflicts check and review conducted, I believe that MF and its partners are "disinterested persons" as defined by § 101(14) of the Bankruptcy Code and do not hold or represent any interest adverse to the Estate.   Accordingly, MF commenced services on behalf of the Trustee on April 26, 2017.

      5.      The conclusion that MF is "disinterested," is based upon the fact that MF:

      a.      Is not, and was not, a creditor, an equity security holder, or an insider of the Debtor;

      b.      Is not, and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

      c.      Does not have an interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

      d.      Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

      6.      Likewise, to the best of my information and belief, neither MF nor any of its partners has any connection with the Debtor, the creditors of the Estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST, and that MF and each of its members and associates are all disinterested persons pursuant to § 104(14) of the Bankruptcy Code.

      7.      MF is not representing, has not represented, and does not intend to represent any related debtor in a bankruptcy case in this or any other Court.

///

///

///

///

///

///

8.      Jeremy W. Faith, a partner with MF, serves as a Chapter 7 Trustee for the Northern Division of the Central District of California.   The Trustee has provided professional services to Mr. Faith, solely in Mr. Faith's capacity as a Chapter 7 trustee, in other unrelated Chapter 7 cases, and Mr. Faith has represented the Trustee, solely in the Trustee's capacity as a Chapter 7 Trustee, in certain other unrelated cases assigned to the Trustee for administration. These matters are separate cases and in no way impact the disinterestedness of MF's engagement as provided for in the Application.

9.      There is no agreement between the Trustee and MF regarding MF's employment in this case other than as expressed in this Application.

10.     MF represents individual debtors as counsel of record in other bankruptcy cases.  At any given time, MF may have debtor clients who have been assigned to the Trustee for the administration of their case.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the instant case.

11.     MF has neither received a retainer nor advance fee.  MF has not received, and will not receive, a lien or other interest in property of the Debtor or third parties to secure payment of fees.  No agreement or understanding exists for a division of fees between MF and any other person or entity, except as among the partners of MF.

12.     MF has agreed to accept, as compensation for its services, such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

13.     MF has advised the Trustee that MF intends to annually review and adjust its customary hourly billing rates to insure that its billing rates are competitive with those of comparable firms in the Los Angeles area.  MF believes that the rates charged by its professionals are fair and reasonable in light of the services rendered and the rates charged for similar types of services by comparable law firms and that its rates are comparable to – and frequently lower than – the rates charged by comparable firms.  MF

1    will timely notify the Trustee, the OUST, and the Court of any change in MF's billing rates

2    for this case.

3       14. No compensation will be paid by the Trustee to MF except upon application

4    to, and approval by, this Court after notice and a hearing pursuant to §§ 330 and 331 of

5    the Bankruptcy Code.

6       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

7    is true and correct.   Executed on May 10, 2017 at Encino, California.

8

9         _/s/ Noreen A. Madoyan_____
     Noreen A. Madoyan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



## BIOGRAPHIES

### *PARTNERS*

<u>CRAIG G. MARGULIES,</u> Education: University of California, Santa Barbara (B.A. 1992); University of Miami School of Law (J.D. 1995). Admitted to California Bar, 1996; Minnesota, 1996; Colorado, 1996. Admitted to the Ninth Circuit Court of Appeals; admitted to the Central, Southern, Northern and Eastern Districts of California. Member: American Bar Association, Beverly Hills Bar Association, California Bankruptcy Forum, and American Bankruptcy Institute. Mr. Margulies' billable rate is $560.00 per hour.

<u>JEREMY W. FAITH,</u> Education: University of California, Santa Barbara (B.A. - Business Economics, 1994); Loyola Law School (J.D. 1997).  After admission to the California Bar in 1997, Mr. Faith practiced State and Federal class action and appellate litigation, switching his specialization to bankruptcy and restructuring in 1999.  Beginning in 2000, Mr. Faith joined the Los Angeles bankruptcy firm Robinson, Diamant & Wolkowitz as an associate, becoming a partner in 2006.  Mr. Faith's career as a bankruptcy practitioner has focused on representing chapter 7 trustees, chapter 11 debtors-in-possession, litigants in bankruptcy court, and unsecured creditor committees. In 2010 Mr. Faith started his own firm, Goodman Faith, LLP, eventually merging that practice with Craig G. Margulies to establish Margulies Faith, LLP in 2012.  Mr. Faith was appointed to the Panel of Chapter 7 Trustees for the Central District of California in 2011, in which capacity he continues to serve.  Mr. Faith's chapter 7 trustee position is based in the Central District's Northern Division.  Mr. Faith also serves as a Chapter 11 Trustee in operating reorganization matters.  Mr. Faith's hourly rate is $560.00 per hour.

### *ASSOCIATES*

<u>MEGHANN TRIPLETT,</u> Education: University of Southern California, Los Angeles, (B.A., Political Science, 2004); Chapman University School of Law, Orange, California, (J.D., 2009); Admitted to the California Bar, 2009; Admitted to Central, Southern, Northern, and Eastern Districts of California. Judicial Law Clerk to the Honorable Kathleen Thompson, and the Honorable Catherine E. Bauer, Santa Ana Division. Member: American Bankruptcy Institute, IWIRC (International Women's



Insolvency & Restructuring Confederation), Santa Barbara County and San Luis Obispo County Bar Associations.  Ms. Triplett's hourly rate is $410.00 per hour.

NOREEN A. (GUREGIAN) MADOYAN, Education: University of Southern California, Marshall School of Business (B.S. Business Administration, 2008); Loyola Law School, Los Angeles (J.D., 2011). Admitted to the California Bar in 2011; Admitted to the Central District of California in 2014. Judicial Law Clerk to the Honorable Scott C. Clarkson, Meredith A. Jury, and Mark S. Wallace, Central District of California (2012-2014); Volunteer Law Clerk for the Honorable Victoria Kaufman (2011-2012); Extern for the Honorable Alan M. Ahart (2009); Member: IWIRC (International Women's Insolvency & Restructuring Confederation), Southern California network. Ms. Madoyan's hourly rate is $390.00 per hour.

MONSI MORALES, Education: Boston University (B.A. 1998); Washington University School of Law (J.D. 2004).  Admitted to California Bar, 2004. Ms. Morales graduated from Washington University School of Law in St. Louis, Missouri in 2004, where her coursework focused on bankruptcy and reorganization, commercial finance and general corporate law. Following graduation, Ms. Morales moved to Los Angeles to serve as a law clerk to the Hon. Alan M. Ahart, Bankruptcy Judge for the Central District of California, from 2004 to 2007.  Since beginning her practice in 2007, Ms. Morales has gained extensive experience as a bankruptcy practitioner, representing debtors, creditors, trustees and committees.  Ms. Morales is an active member of the Hispanic National Bar Association, IWIRC (International Women's Insolvency & Restructuring Confederation), the Beverly Hills Bar Association and Financial Lawyers Conference. Ms. Morales's hourly rate is $460.00 per hour.

### *PARALEGALS*

HELEN CARDOZA, Education: University of California, San Diego (B.A., Political Science, 2008); Ms. Cardoza worked as a Generalist Clerk in the Clerk's office at the United States Bankruptcy Court, San Fernando Valley Division for three years with experience in all chapters of bankruptcy. Ms. Cardoza has worked with Margulies Faith,



LLP from the inception of the firm and assists Mr. Faith with various bankruptcy administrator functions.  Ms. Cardoza's hourly rate is $225.00 per hour.

BRIAN REED, Education: Boston College (B.A., 1994); University of California, Los Angeles (M.A., 2000). Mr. Reed has worked as a Senior Bankruptcy Analyst for multiple Chapter 7 Trustees since 2005, analyzing over 25,000 bankruptcy petitions and supplemental documents for asset identification and grounds for dismissal or conversion.  Mr. Reed was called as a witness before the Administrative Office of the United States Courts in Washington, D.C., giving testimony on the Advisory Committee on Rules of Bankruptcy Procedure's Forms Modernization Project.  Mr. Reed also holds three copyrights for bankruptcy software. Member: American Bankruptcy Institute; National Association of Bankruptcy Trustees.  Mr. Reed's hourly rate is $225.00 per hour.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017; DECLARATION OF NOREEN MADOYAN; EXHIBIT THERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

>  **Alon Darvish** alon@bankruptcylalaw.com, darvishecf@gmail.com;r50916@notify.bestcase.com
>  **Rosendo Gonzalez (TR)** rgonzalez@ecf.epiqsystems.com,
>  itran@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
>  **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
>  **Zann R Welch** ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL** (state method for each person or entity served):
On **May 10, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Court Manual, Appendix F
**DEBTOR**: Beverly Monique Murry-Calcote, 3316 West Ave. M-2, Lancaster, CA 93536.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2017 | Brian Reed | /s/ Brian Reed |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JEREMY W. FAITH (State Bar No. 190647)
NOREEN A. MADOYAN (State Bar No. 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email:  Jeremy@MarguliesFaithLaw.com
Email:  Noreen@MarguliesFaithLaw.com

[Proposed] Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BEVERLY MONIQUE MURRY-CALCOTE,<br><br><div align="right">Debtor.</div> | Case No.:  2:17-bk-11972-RK<br><br>Chapter:  7<br><br>**NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH, LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017**<br><br>[No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that Rosendo Gonzalez, Chapter 7 Trustee in the above-referenced bankruptcy case has submitted an application to the United States Bankruptcy Court for an order authorizing him to employ Margulies Faith, LLP, as general counsel for the Trustee (the "Application") with such employment effective as of April 26, 2017.

    The Trustee requires the assistance of counsel in this case to advise the Trustee on matters relating to the administration of the estate, including the analysis, prosecution and collection of unscheduled potential assets; and to prepare and file motions, applications, pleadings, and orders relating to the recovery and liquidation of the estate's assets, as well as any other legal issues that may arise in the administration of the case.  Employment of MF will minimize fees and reduce costs to the bankruptcy estate.

    MF is a law firm experienced in bankruptcy proceedings and has agreed to undertake this employment as attorneys for the Trustee if authorized by this Court.  MF will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

    MF has agreed to accept, as compensation for its services, such sums as may be allowed by the Court in accordance with the law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.  MF has neither received a retainer nor a lien or interest in property of the Debtor or third parties with respect to its representation of the Trustee.  No agreement exists for a division of fees between MF and any other person or entity except as among the members of MF.  No compensation will be paid by the Trustee to MF except upon application to, and approval by, this Court after notice and a hearing pursuant to §§ 330 and 331 of the Bankruptcy Code.  Attached

hereto as **Exhibit A** is a copy of MF's resume and fee schedule, which sets forth the experience and qualifications of MF's attorneys and their fees.

Attorneys with MF have represented other trustees in cases before this court, and have previously represented the Trustee in certain unrelated cases assigned to the Trustee for administration.  Further, Jeremy W. Faith, a partner with MF, is a Chapter 7 Trustee for the Northern Division of the Central District of California, and the Trustee has previously provided professional services to Mr. Faith solely in Mr. Faith's capacity as a Chapter 7 Trustee.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the instant case.  The Trustee is informed and believes that MF does not represent any interest adverse to the Trustee, to creditors herein, or the estate, and that MF is a "disinterested person" as such term is defined in 11 U.S.C. § 101(14).  The Trustee believes that it is in the best interest of the estate to employ MF as general counsel to the Trustee and the estate.

Any person who wishes to receive a copy of the Application can do so by contacting proposed counsel for the Trustee, whose address and telephone number are listed in the upper left hand corner of the first page hereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Application and request for hearing must comply with Local Bankruptcy Rule 9013-1(f)(1) and be filed with the Clerk of the Bankruptcy Court, located at 3420 Twelfth Street, Riverside, California, and served on:

> Office of the United States Trustee
> 3801 University Avenue, Suite 720
> Riverside, Ca 92501-3200
>
> Rosendo Gonzalez
> Chapter 7 Trustee
> 530 S. Hewitt Street, Suite 148
> Los Angeles, CA 90013
>
> Jeremy W. Faith, Esq.
> Noreen Madoyan, Esq.
> Margulies Faith, LLP
> 16030 Ventura Blvd. Suite 470
> Encino, CA 91436

no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D),(E), or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application without further hearing and notice.

Dated: May 10, 2017                                 MARGULIES FAITH, LLP


                                                    _/s/ Noreen Madoyan_
                                                    Jeremy W. Faith
                                                    Noreen Madoyan
                                                    [Proposed] Attorneys for Rosendo Gonzalez,
                                                    Chapter 7 Trustee

Mailing Date: May 10, 2017

# EXHIBIT A



## BIOGRAPHIES

### *PARTNERS*

CRAIG G. MARGULIES, Education: University of California, Santa Barbara (B.A. 1992); University of Miami School of Law (J.D. 1995). Admitted to California Bar, 1996; Minnesota, 1996; Colorado, 1996. Admitted to the Ninth Circuit Court of Appeals; admitted to the Central, Southern, Northern and Eastern Districts of California. Member: American Bar Association, Beverly Hills Bar Association, California Bankruptcy Forum, and American Bankruptcy Institute. Mr. Margulies' billable rate is $560.00 per hour.

JEREMY W. FAITH, Education: University of California, Santa Barbara (B.A. - Business Economics, 1994); Loyola Law School (J.D. 1997).  After admission to the California Bar in 1997, Mr. Faith practiced State and Federal class action and appellate litigation, switching his specialization to bankruptcy and restructuring in 1999.  Beginning in 2000, Mr. Faith joined the Los Angeles bankruptcy firm Robinson, Diamant & Wolkowitz as an associate, becoming a partner in 2006.  Mr. Faith's career as a bankruptcy practitioner has focused on representing chapter 7 trustees, chapter 11 debtors-in-possession, litigants in bankruptcy court, and unsecured creditor committees. In 2010 Mr. Faith started his own firm, Goodman Faith, LLP, eventually merging that practice with Craig G. Margulies to establish Margulies Faith, LLP in 2012.  Mr. Faith was appointed to the Panel of Chapter 7 Trustees for the Central District of California in 2011, in which capacity he continues to serve.  Mr. Faith's chapter 7 trustee position is based in the Central District's Northern Division.  Mr. Faith also serves as a Chapter 11 Trustee in operating reorganization matters.  Mr. Faith's hourly rate is $560.00 per hour.

### *ASSOCIATES*

MEGHANN TRIPLETT, Education: University of Southern California, Los Angeles, (B.A., Political Science, 2004); Chapman University School of Law, Orange, California, (J.D., 2009); Admitted to the California Bar, 2009; Admitted to Central, Southern, Northern, and Eastern Districts of California. Judicial Law Clerk to the Honorable Kathleen Thompson, and the Honorable Catherine E. Bauer, Santa Ana Division. Member: American Bankruptcy Institute, IWIRC (International Women's



Insolvency & Restructuring Confederation), Santa Barbara County and San Luis Obispo County Bar Associations.  Ms. Triplett's hourly rate is $410.00 per hour.

NOREEN A. (GUREGIAN) MADOYAN, Education: University of Southern California, Marshall School of Business (B.S. Business Administration, 2008); Loyola Law School, Los Angeles (J.D., 2011). Admitted to the California Bar in 2011; Admitted to the Central District of California in 2014. Judicial Law Clerk to the Honorable Scott C. Clarkson, Meredith A. Jury, and Mark S. Wallace, Central District of California (2012-2014); Volunteer Law Clerk for the Honorable Victoria Kaufman (2011-2012); Extern for the Honorable Alan M. Ahart (2009); Member: IWIRC (International Women's Insolvency & Restructuring Confederation), Southern California network. Ms. Madoyan's hourly rate is $390.00 per hour.

MONSI MORALES, Education: Boston University (B.A. 1998); Washington University School of Law (J.D. 2004).  Admitted to California Bar, 2004. Ms. Morales graduated from Washington University School of Law in St. Louis, Missouri in 2004, where her coursework focused on bankruptcy and reorganization, commercial finance and general corporate law. Following graduation, Ms. Morales moved to Los Angeles to serve as a law clerk to the Hon. Alan M. Ahart, Bankruptcy Judge for the Central District of California, from 2004 to 2007.  Since beginning her practice in 2007, Ms. Morales has gained extensive experience as a bankruptcy practitioner, representing debtors, creditors, trustees and committees.  Ms. Morales is an active member of the Hispanic National Bar Association, IWIRC (International Women's Insolvency & Restructuring Confederation), the Beverly Hills Bar Association and Financial Lawyers Conference. Ms. Morales's hourly rate is $460.00 per hour.

### ***PARALEGALS***

HELEN CARDOZA, Education: University of California, San Diego (B.A., Political Science, 2008); Ms. Cardoza worked as a Generalist Clerk in the Clerk's office at the United States Bankruptcy Court, San Fernando Valley Division for three years with experience in all chapters of bankruptcy. Ms. Cardoza has worked with Margulies Faith,



LLP from the inception of the firm and assists Mr. Faith with various bankruptcy administrator functions.  Ms. Cardoza's hourly rate is $225.00 per hour.

    <u>BRIAN REED,</u> Education: Boston College (B.A., 1994); University of California, Los Angeles (M.A., 2000). Mr. Reed has worked as a Senior Bankruptcy Analyst for multiple Chapter 7 Trustees since 2005, analyzing over 25,000 bankruptcy petitions and supplemental documents for asset identification and grounds for dismissal or conversion.  Mr. Reed was called as a witness before the Administrative Office of the United States Courts in Washington, D.C., giving testimony on the Advisory Committee on Rules of Bankruptcy Procedure's Forms Modernization Project.  Mr. Reed also holds three copyrights for bankruptcy software. Member: American Bankruptcy Institute; National Association of Bankruptcy Trustees.   Mr. Reed's hourly rate is $225.00 per hour.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH, LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Alon Darvish** alon@bankruptcylaw.com, darvishecf@gmail.com;r50916@notify.bestcase.com
**Rosendo Gonzalez** (TR) rgonzalez@ecf.epiqsystems.com,
itran@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
**Noreen A Madoyan** Noreen@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**United States Trustee** (LA) ustpregion16.la.ecf@usdoj.gov
**Zann R Welch** ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **May 10, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Court Manual, Appendix F
**DEBTOR**: Beverly Monique Murry-Calcote, 3316 West Ave. M-2, Lancaster, CA 93536.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2017 | Brian Reed | /s/ Brian Reed |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ADDITIONAL SERVICE INFORMATION (as needed)

## 2) Service via U.S. Mail:

Label Matrix for local noticing
0973-2
Case 2:17-bk-11972-RK
Central District of California
Los Angeles
Wed May 10 15:53:10 PDT 2017

BMW Bank of North America
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Unify Financial Credit Union
PO BOX 10018
Manhattan Beach, CA 90267-7518

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026-7456

Bank of America
PO BOX 650225
Dallas, TX 75265-0225

Chris Albence & Assoc
7777 Fay Avenue Suite 205
La Jolla, CA 92037-4324

Inglewood Park Cemetary
PO BOX 6042
Inglewood, CA 90312-6042

Los Angeles Police FCU
16150 Sherman Way
Van Nuys, CA 91406-3938

Nationstar Mortgage
PO BOX 619063
Dallas, TX 75261-9063

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/31/2017___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/31/2017___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Honorable Robert Kwan, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/31/2017 | Helen Cardoza | /s/ Helen Cardoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION (if needed):

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>


Alon Darvish      alon@bankruptcylalaw.com, darvishecf@gmail.com;r50916@notify.bestcase.com


Jeremy Faith      Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;
Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com


Rosendo Gonzalez (TR)      rgonzalez@ecf.epiqsystems.com,
itran@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com


Noreen A Madoyan      Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;
Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com


United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov


Zann R Welch      ecfnotices@ascensioncapitalgroup.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                          **F 9013-1.2.NO.REQUEST.HEARING.DEC**