JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

FILED & ENTERED

JUN 12 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter: 7<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR FILING COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**<br><br>**[No Hearing Required]** |

The Court, having considered the "Motion for Extension of Time for Filing Complaint Objecting to Debtor's Discharge; Memorandum of Points and Authorities; Declaration of Rosendo Gonzalez in Support Thereof" (the "Motion", Dkt. No. 18); finding that it appears in the best interests of this estate that the deadline to file complaints under 11 U.S.C. § 727 be extended for the Trustee and the United States Trustee; and good cause appearing, it is therefore;

///

///

**ORDERED** that:

    1.    The motion is approved; and

    2.    The deadline to file complaint under 11 U.S.C. § 727 shall be extended approximately one-hundred twenty (120) days, to and including **September 29, 2017** for the Trustee and the United States Trustee.

###

Date: June 12, 2017

_____
Robert Kwan
United States Bankruptcy Judge