JEREMY W. FAITH, SBN 190647
NOREEN MADOYAN, SBN 279227
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

FILED & ENTERED

JUN 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

BEVERLY MONIQUE MURRY-CALCOTE,

Debtor.

Case No.: 2:17-bk-11972-RK

Chapter: 7

**ORDER APPROVING APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017**

The Court, having considered the "Application to Employ Margulies Faith, LLP as General Counsel for Rosendo Gonzalez, Chapter 7 Trustee Effective April 26, 2017; Declaration of Noreen Madoyan in Support Thereof" (the "Application", Dkt. No. 15), and the declaration that no party requested a hearing on the Application; finding that it appears in the best interests of this estate that the Chapter 7 Trustee herein employ Margulies Faith, LLP ("MF") as general counsel for the Chapter 7 Trustee; finding further that MF has no adverse interest and is disinterested; and good cause appearing therefor,

///

///

///

**IT IS HEREBY ORDERED** that:

1. The Application is approved.

2. The Chapter 7 Trustee is authorized to employ MF as general counsel, with said employment effective as April 26, 2017, for the purposes set forth in the Application and upon the terms and conditions set forth therein.

###

Date: June 14, 2017

_____
Robert Kwan
United States Bankruptcy Judge

2