| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julie J. Villalobos<br>10900 183rd Street<br>Suite 270<br>Cerritos, CA 90703<br>(562)741-3938 Fax: (888)408-2210<br>263382<br>julie@oaktreelaw.com | |
| Attorney for: | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Beverly Monique Murray-Calcote<br><br><br>Debtor(s).<br><br>vs.<br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:2:17-bk-11972-RK<br><br>ADVERSARY NO:<br>(if applicable)<br><br>CHAPTER: 7<br><br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |
|---|---|

1.   The name(s) of the party(ies) making this Substitution of Attorney (specify):_Beverly Monique Murray-Calcote_

2.   The name, address, telephone number, and email address of the new attorney are (specify):_
Julie J. Villalobos 263382
10900 183rd Street, Suite 270
Cerritos, CA 90703
(562)741-3938 Fax: (888)408-2210
julie@oaktreelaw.com_

3.   New attorney hereby appears in the following matters: ☑ the bankruptcy case ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                          F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*):

Date: 6-12-17

*[signature]*

**Signature of party**
Beverly Monique Murray-Calcote
Printed name of party

Signature of *second* party (if applicable)
Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)
Printed name of *third* party (if applicable)

Signature of *fourth* party (if applicable)
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 6/14/17

*[signature]*

Signature of present attorney
Alon Darvish
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 6/15/17

Julie J Villalobos
Signature of new attorney
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 2                           F 2091-1.SUBSTITUTION.ATTY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10900 183rd Street
Suite 270
Cerritos, CA 90703

A true and correct copy of the foregoing document entitled (specify): __Substitution of Attorney__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 6/16/17 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (date) 6/16/17 served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2017 | Julie J. Villalobos 263382 | /s/ Julie J. Villalobos |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                    Page 3                    F 2091-1.SUBSTITUTION.ATTY

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Alon Darvish alon@bankruptcylalaw.com, darvishecf@gmail.com;r50916@notify.bestcase.com

Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

Rosendo Gonzalez (TR) rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com

Noreen A Madoyan Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Zann R Welch ecfnotices@ascensioncapitalgroup.com

**2. SERVED BY UNITED STATES MAIL:**
United States Bankruptcy Court
Edward R. Roybal Federal Bldg & Crthse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

Beverly Monique Murray-Calcote
3166 West Ave M-2
Lancaster CA 93536-2841

Alon Darvish
Law Offices of Alon Darvish
9454 Wilshire Blvd
Penthouse Fl
Beverly Hills, CA 90212-2931

p)BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238

AAA Financial Services
PO BOX 982235
El Paso, TX 79998

Bank of America
PO BOX 650225
Dallas, TX 75265-0225

BMW Bank of North America
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026-7456

Chris Albence & Assoc
7777 Fay Avenue Suite 205
La Jolla, CA 92037-4324

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 4                              F 2091-1.SUBSTITUTION.ATTY

Inglewood Park Cemetary
PO BOX 6042
Inglewood, CA 90312-6042

Larnita A Pette
2588 El Camino Real Ste F-195
Carlsbad, CA 92008-1211

Los Angeles Police FCU
16150 Sherman Way
Van Nuys, CA 91406-3938

Nationstar Mortagage
P.o.Box 619063
Dallas, TX 75261-9063

Unify Financial Credit Union
PO BOX 10018
Manhattan Beach, CA 90267-7518

## Manual Notice List

Larnita A Pette
2588 El Camino Real Ste F-195
Carlsbad, CA 92008

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                     Page 5                                F 2091-1.SUBSTITUTION.ATTY