United States Bankruptcy Court
Central District of California

In re:  
Beverly Monique Murray-Calcote  
    Debtor

Case No. 17-11972-RK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: mbakchell     Page 1 of 1     Date Rcvd: Jun 14, 2017  
                       Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.  
db            +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:  
         Alon    Darvish    on behalf of Debtor Beverly Monique Murray-Calcote alon@bankruptcylalaw.com,  
          darvishecf@gmail.com;r50916@notify.bestcase.com  
         Jeremy    Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,  
          Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com  
         Noreen A Madoyan    on behalf of Trustee Rosendo   Gonzalez (TR) Noreen@MarguliesFaithLaw.com,  
          Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com  
         Rosendo    Gonzalez (TR)     rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,  
          khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com  
         United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov  
         Zann R Welch    on behalf of Creditor    BMW Bank of North America  
          ecfnotices@ascensioncapitalgroup.com  
                                                                                                                        TOTAL: 6

JEREMY W. FAITH, SBN 190647
NOREEN MADOYAN, SBN 279227
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email:  Jeremy@MarguliesFaithLaw.com
Email:  Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

**FILED & ENTERED**

JUN 14 2017

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re

BEVERLY MONIQUE MURRY-CALCOTE,

Debtor.

Case No.: 2:17-bk-11972-RK

Chapter:  7

**ORDER APPROVING APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE EFFECTIVE APRIL 26, 2017**

The Court, having considered the "Application to Employ Margulies Faith, LLP as General Counsel for Rosendo Gonzalez, Chapter 7 Trustee Effective April 26, 2017; Declaration of Noreen Madoyan in Support Thereof" (the "Application", Dkt. No. 15), and the declaration that no party requested a hearing on the Application; finding that it appears in the best interests of this estate that the Chapter 7 Trustee herein employ Margulies Faith, LLP ("MF") as general counsel for the Chapter 7 Trustee; finding further that MF has no adverse interest and is disinterested; and good cause appearing therefor,

///

///

///

**IT IS HEREBY ORDERED** that:

1. The Application is approved.

2. The Chapter 7 Trustee is authorized to employ MF as general counsel, with said employment effective as April 26, 2017, for the purposes set forth in the Application and upon the terms and conditions set forth therein.

###

Date: June 14, 2017

_____
Robert Kwan
United States Bankruptcy Judge

2