LARNITA A. PETTE
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008
Mobile: (707) 853-2049
Email: larnita.pette@gmail.com
Movant Pro Se

FOR COURT USE ONLY

FILED
JUN 19 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – _____ DIVISION

Name of Debtor:

Beverly Monique Murray-Calcote

CASE NO.: 2:17-bk-11972-RK
CHAPTER: [✓] 7  [ ] 11  [ ] 12  [ ] 13
ADVERSARY NO.: _____
(If applicable)

**TITLE OF DOCUMENT (specify):**
Proof of Service

*(This cover sheet is for use by filers when the case name, number, and other information is not included on the first page of a filing)*

**Please Print**

Name of person filing this document: LARNITA A. PETTE
Street Address: 2588 El Camino Real, Suite F-195
Telephone number: (707) 853-2049
Email Address: larnita.pette@gmail.com
The filer of this document is    [ ] the Debtor    [✓] a creditor
                                 [ ] other (specify): _____

Date: 6/19/17

Signature of person filing this document: /s/ Larnita A. Pette

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

July 2015

FILED.DOCUMENT.COVER.SHEET

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1930 West San Marcos Blvd., Sp 285
San Marcos, CA 92078

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 523 AND/OR 11 U.S.C. § 727.
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** (as 14th)
On (*date*) 06/13/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE: Honorable Robert N. Kwan, 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012
DEBTOR: Beverly Monique Murray-Calcote, 3316 West Avenue M-2, Lancaster, CA 93536.
ATTORNEY FOR DEBTOR: Alon Darvish, 9454 Wilshire Blvd., Penthouse Floor, Beverly Hills, CA 90212
CHAPTER 7 TRUSTEE: Rosendo Gonzales, 530 South Hewitt Street, Los Angeles, CA 90013

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/14/2017 | Carol J Spizziari | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 3                            F 9013-1.1.HEARING.NOTICE

Service Information (continued)

ATTORNEY FOR CHAPTER 7 TRUSTEE
Jeremy W. Faith
Noreen A. Madoyan
Margulies Faith, LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436

UNITED STATES TRUSTEE
Kenneth G. Lau
Trial Counsel
United States Trustee-Region 16
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017