1   JEREMY W. FAITH   (SBN 190647)
    NOREEN A. MADOYAN (SBN 279227)
2   **MARGULIES FAITH LLP**
    16030 Ventura Blvd., Suite 470
3   Encino California 91436
    Telephone: (818) 705-2777
4   Facsimile:   (818) 705-3777
    Email: Jeremy@MarguliesFaithlaw.com
5   Email: Noreen@MarguliesFaithlaw.com

6   Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

7

8               **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
9               **LOS ANGELES DIVISION**

10
    In re                                    Case No.:  2:17-bk-11972-RK
11
    BEVERLY MONIQUE MURRAY-                   Chapter:  7
12  CALCOTE,

13                              Debtor.   **AMENDED NOTICE OF HEARING ON
                                          CHAPTER 7 TRUSTEE'S MOTION FOR
14                                        ORDER: (1) COMPELLING THE
                                          DEBTOR'S COOPERATION WITH THE
15                                        TRUSTEE PURSUANT TO 11 U.S.C. §
                                          521; AND (2) REQUIRING TURNOVER OF
16                                        PROPERTY OF THE ESTATE PURSUANT
                                          TO 11 U.S.C. § 542**
17

18                                        Hearing Date:
                                          Date:  July 25, 2017
19                                        Time:  2:30 p.m.
                                          Place: Courtroom 1675
20                                               United State Bankruptcy Court
                                                 255 E. Temple Street
21                                               Los Angeles, California 90012

22

23  **TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE**

24  **AND ALL INTERESTED PARTIES:**

25          **AMENDED NOTICE IS HEREBY GIVEN** that the hearing on Rosendo Gonzalez,

26  Chapter 7 Trustee's Motion for Order: (1) Compelling the Debtor's Cooperation with the

27  Trustee Pursuant to 11 U.S.C. § 521; and (2) Requiring Turnover of Property of the

28  Estate Pursuant to 11 U.S.C. § 542 (the "Motion," Dkt. No. 35) will take place on **July 25,**

1  **2017 at 2:30 p.m.** before the Honorable Robert N. Kwan, United States Bankruptcy

2  Judge, in Courtroom 1675, of the Bankruptcy Court located at 255 E. Temple Street, Los

3  Angeles, CA 90012.

4      **PLEASE TAKE FURTHER NOTICE** that This Motion is being heard on regular

5  notice pursuant to LBR 9013-1.  If you wish to oppose this Motion, you must file a written

6  response with the court and serve a copy of it upon the Movant or Movant's attorney at

7  the address set forth above no less than fourteen (14) days prior to the above hearing

8  date.  If you fail to file a written response to this Motion within such time period, the court

9  may treat such failure as a waiver of your right to oppose the Motion and may grant the

10  requested relief.

11      **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby verifies that the

12  above hearing date and time were available for this type of Motion according to the

13  judge's self-calendaring procedures.

14

15  DATED:  June 27, 2017              MARGULIES FAITH, LLP

16                                   By: */s/ Noreen A. Madoyan*

17                                       Jeremy W. Faith
                                     Noreen A. Madoyan
                                     Attorneys for Rosendo Gonzalez,
                                       Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **AMENDED NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **June 27, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL**:
On **June 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY:** Hon. Robert N. Kwan, U.S. Bankruptcy Court, 255 E. Temple St., Ste. 1682, Los Angeles, CA 90012
**DEBTOR**: Beverly Monique Murray-Calcote, 3166 West Ave M-2, Lancaster, CA 93536

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2017 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**ATTORNEY FOR CHAPTER TRUSTEE: Jeremy Faith** Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**CHAPTER 7 TRUSTEE: Rosendo Gonzalez (TR)** rgonzalez@ecf.epiqsystems.com,
vbowen@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
**ATTORNEY FOR CHAPTER 7 TRUSTEE: Noreen A Madoyan** Noreen@MarguliesFaithLaw.com,
Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**UST: United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
**ATTORNE FOR DEBTOR: Julie J Villalobos** julie@oaktreelaw.com,
oakecfmail@gmail.com;r51108@notify.bestcase.com
**CREDITOR FOR BMW BANK OF NORTH AMERICA: Zann R Welch** ecfnotices@ascensioncapitalgroup.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BMW Financial Services<br>5550 Britton Pkwy<br>Hilliard, OH 43026-7456 | Bank of America<br>PO BOX 650225<br>Dallas, TX 75265-0225 |
| Chris Albence & Assoc<br>7777 Fay Avenue Suite 205<br>La Jolla, CA 92037-4324 | Inglewood Park Cemetary<br>PO BOX 6042<br>Inglewood, CA 90312-6042 | Los Angeles Police FCU<br>16150 Sherman Way<br>Van Nuys, CA 91406-3938 |
| Nationstar Mortgage<br>PO BOX 619063<br>Dallas, TX 75261-9063 | Unify Financial Credit Union<br>PO BOX 10018<br>Manhattan Beach, CA 90267-7518 | BMW Bank of North America<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Beverly Monique Murray-Calcote<br>3166 West Ave M-2<br>Lancaster, CA 93536-2841 | Julie J Villalobos<br>Oaktree Law<br>10900 183rd St Ste 270<br>Cerritos, CA 90703-5343 | Larnita A Pette<br>2588 El Camino Real Ste F-195<br>Carlsbad, CA 92008-1211 |