Julie J. Villalobos, SBN263382
**OAKTREE LAW**
10900 183rd Street, Suite 270
Cerritos, CA 90703
Telephone: (562)741-3938
Fax Number: (888) 408-2210

Attorney for Debtor Beverly Monique Murray-Calcote

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **In Re:** | ) Case No 2:17-bk-11972-RK |
| | ) |
| **Beverly Monique Murray-Calcote,** | ) Chapter 7 |
| Debtor. | ) |
| | ) Declaration of Beverly Monique Murray-Calcote |
| | ) |
| | ) Date: July 18, 2017 |
| | ) Time: 2:30 p.m. |
| | ) Courtroom: 1675, 255 E Temple St., Los Angeles CA 90012 |

DECLARATION

I, Beverly Monique Murray-Calcote, declare as follows:

1. I am the Debtor in the above-referenced case and if called to testify I would, and could, do so competently.

2. On February 17, 2017 I filed the instant Chapter 7 case.

3. On June 26, 2017 the Chapter 7 Trustee filed a Motion for Order Compelling Cooperation and Turnover of Property of the Estate ("Motion").

4. On July 13, 2017 Counsel Julie J. Villalobos mailed a thumb drive containing documentation requested by the Trustee in his Motion which includes the following:
   a. 2014 and 2015 tax returns for the Bobbye J. Rives trust
   b. Bank statements for all accounts from January 2013 to current.
   c. Transaction history for the Lancaster Property which is my primary residence.
   d. Copy of the Bobby J. Rives will and trust
   e. Personal tax returns for 2014 and 2015
5. I still need to find my personal tax returns for 2013 and I anticipate filing 2016 by the end of this month.
6. I have ordered copies of all checks over $1,000.00 and anticipate having those to Counsel for The Chapter 7 Trustee by the end of the month.
7. I have amended Schedules A/B, C, D, F, and my Statement of Financial Affairs to disclose all property, assets and liabilities.
8. The businesses cited by the Trustee in his Motion are as follows:
   a. BSM Kicks – my Mother's corporation to collect rent on her rental properties, I have no interest in this business.
   b. Hair Connections Plus – This was the name of my Mother's salon which closed in November of 2015. I kept the name in a corporation, and it is listed on my Amended Statement of Financial Affairs. There are no assets, the business is not operating.
   c. Saxxon's Real Estate Group – this is my husband's corporation that is not operating. The last transaction was in 2014.
   d. Optimus Mortgage – this was my husband's corporation which he closed in 2010.
9. My failure to cooperate with the Trustee was not intentional.
10. I retained Oaktree Law as counsel this month because my prior Counsel was not communicating with me, would not forward correspondence from the Court or Trustee, or meet with me and return any phone calls or emails.

11. Further, I have been diagnosed with breast cancer and I am undergoing treatment. This has been hard on me emotionally and physically and I have had a hard time being able to function fully.

12. I am confident with Counsel now I can be well informed and cooperate with the Trustee to administer my case fairly and efficiently.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed in Cerritos, California on _____, 2017.

*/s/ Beverly Monique Murray-Calcote*
Beverly Monique Murray-Calcote

-3-