Larnita A. Pette
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008
Mobile: (707) 853-2049
E-Mail: larnita.pette@gmail.com

Movant: PRO SE

FILED
JUL 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ENTERED
JUL 14 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 523 AND/OR 11 U.S.C. § 727**<br><br>DATE: July 11, 2017<br>TIME: 2:30 p.m.<br>COURTROOM: 1675<br>PLACE: Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90017 |

BY FAX

LODGED
JUL 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:

A hearing was held on July 11, 2017 on Motion to Extend the Deadline to File an Objection To the Debtor's Discharge (the "Motion"). There were no appearances by the Debtor or Debtor's attorney. No objections were filed to the Motion. The Court having considered the Motion and good cause appearing, it is therefore;

1

MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE

**ORDERED** that:

1. The Motion is approved; and

2. The deadline to file complaint under 11 U.S.C. § 523 and/or 11 U.S.C. § 727 shall be extended to and including **September 29, 2017** for Creditor, Larnita Pette.

Date: July 12, 2017

_____
Robert Kwan
United States Bankruptcy Judge

MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE