United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                                          Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: statumC          Page 1 of 1          Date Rcvd: Jul 14, 2017
                          Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db             +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
      Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
       Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
      Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
       oakecfmail@gmail.com;r51108@notify.bestcase.com
      Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
       Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
      Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
       khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
      Zann R Welch    on behalf of Creditor    BMW Bank of North America
       ecfnotices@ascensioncapitalgroup.com
                                                                                                                TOTAL: 6

Larnita A. Pette
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008
Mobile: (707) 853-2049
E-Mail: larnita.pette@gmail.com

Movant: PRO SE

**FILED**
JUL 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

**ENTERED**
JUL 14 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

LODGED
JUL 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: //                 Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-<br>CALCOTE,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 523 AND/OR 11 U.S.C. § 727**<br><br>DATE: July 11, 2017<br>TIME: 2:30 p.m.<br>COURTROOM: 1675<br>PLACE: Edward R. Roybal Federal<br>Building and Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90017 |

**BY FAX**

A hearing was held on July 11, 2017 on Motion to Extend the Deadline to File an Objection To the Debtor's Discharge (the "Motion"). There were no appearances by the Debtor or Debtor's attorney. No objections were filed to the Motion. The Court having considered the Motion and good cause appearing, it is therefore;

1

MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE

**ORDERED** that:

1. The Motion is approved; and

2. The deadline to file complaint under 11 U.S.C. § 523 and/or 11 U.S.C. § 727 shall be extended to and including **September 29, 2017** for Creditor, Larnita Pette.

Date: July 12, 2017

Robert Kwan
United States Bankruptcy Judge

2

MOTION TO EXTEND THE DEADLINE TO FILE AN OBJECTION TO THE DEBTOR'S DISCHARGE