1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**JUL 21 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re | Case No.: 2:17-bk-11972-RK |
|---|---|
| BEVERLY MONIQUE MURRAY-CALCOTE,  Debtor. | Chapter: 7 |

**ORDER GRANTING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

Current  Hearing Date:
Date:      July 25, 2017
Time:      2:30 p.m.
Place:     Courtroom 1675
           United States Bankruptcy Court
           255 E. Temple Street
           Los Angeles, CA 90012

[Proposed] Continued Hearing Date:
Date:      August 22, 2017
Time:      2:30 p.m.
Place:     Courtroom 1675
           United States Bankruptcy Court
           255 E. Temple Street
           Los Angeles, CA 90012

1    The Court, having considered the "Stipulation to Continue Chapter 7 Trustee's

2  Motion for Order: (1) Compelling the Debtor's Cooperation with the Trustee Pursuant to

3  11 U.S.C. § 521; and (2) Requiring Turnover of Property of the Estate Pursuant to 11

4  U.S.C. § 542" (the "Stipulation to Continue", Dkt. No. 47); and good cause appearing, it

5  is therefore;

6  **ORDERED** that:

7    1.    The Stipulation to Continue is approved; and

8    2.    The Motion, as that term is defined in the Stipulation to Continue, shall be

9  continued to August 22, 2017 at 2:30 p.m., or such other date and time available on the

10  Court's calendar after this proposed date.

11                                           ###

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: July 21, 2017

25  _____

    Robert Kwan

26  United States Bankruptcy Judge

27

28

2