United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin              Page 1 of 1            Date Rcvd: Jul 21, 2017
                                Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Jeremy   Faith     on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
               guliesFaithlaw.com
              Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
               oakecfmail@gmail.com;r51108@notify.bestcase.com
              Noreen A Madoyan    on behalf of Trustee Rosendo   Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
               Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
              Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,   vbowen@gonzalezplc.com,
               khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Zann R Welch    on behalf of Creditor    BMW Bank of North America
               ecfnotices@ascensioncapitalgroup.com
                                                                                             TOTAL: 6

JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

JUL 21 2017

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY tatum     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re

BEVERLY MONIQUE MURRAY-CALCOTE,

　　　　　　　　　　　　Debtor.

Case No.: 2:17-bk-11972-RK

Chapter: 7

**ORDER GRANTING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

<u>Current  Hearing Date</u>:
Date:    July 25, 2017
Time:    2:30 p.m.
Place:    Courtroom 1675
　　　　　United States Bankruptcy Court
　　　　　255 E. Temple Street
　　　　　Los Angeles, CA 90012

<u>[Proposed] Continued Hearing Date</u>:
Date:    August 22, 2017
Time:    2:30 p.m.
Place:    Courtroom 1675
　　　　　United States Bankruptcy Court
　　　　　255 E. Temple Street
　　　　　Los Angeles, CA 90012

The Court, having considered the "Stipulation to Continue Chapter 7 Trustee's Motion for Order: (1) Compelling the Debtor's Cooperation with the Trustee Pursuant to 11 U.S.C. § 521; and (2) Requiring Turnover of Property of the Estate Pursuant to 11 U.S.C. § 542" (the "Stipulation to Continue", Dkt. No. 47); and good cause appearing, it is therefore;

**ORDERED** that:

    1.    The Stipulation to Continue is approved; and

    2.    The Motion, as that term is defined in the Stipulation to Continue, shall be continued to August 22, 2017 at 2:30 p.m., or such other date and time available on the Court's calendar after this proposed date.

###

Date: July 21, 2017

Robert Kwan
United States Bankruptcy Judge

2