JEREMY W. FAITH. (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, CA 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**<br><br>Current Hearing Date:<br>Date: August 22, 2017<br>Time: 2:30 p.m.<br>Place: Courtroom 1675<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>[Proposed] Continued Hearing Date:<br>Date: September 12, 2017<br>Time: 2:30 p.m.<br>Place: Courtroom 1675<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

This Second Stipulation to Continue the Chapter 7 Trustee's Motion For Order: (1) Compelling the Debtor's Cooperation With The Trustee Pursuant To 11 U.S.C. § 521; And (2) Requiring Turnover Of Property Of The Estate Pursuant To 11 U.S.C. § 542 (the "Stipulation") is entered into by Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Debtor Beverly Monique Murray Calcote (the "Debtor"), on the one hand, and the Debtor on the other hand (together, with the Trustee, the "Parties""), by and through their respective counsel of record, as follows:

## I.    RECITALS

A.    On February 17, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Case").  The Trustee was subsequently appointed chapter 7 trustee in the Debtor's Bankruptcy Case, in which capacity he continues to serve.

B.    On June 26, 2017, the Trustee filed his "Motion for Order: (1) Compelling the Debtor's Cooperation With the Trustee Pursuant To 11 U.S.C. § 521; And (2) Requiring Turnover Of Property Of The Estate Pursuant To 11 U.S.C. § 542 (the "Motion", Dkt. No. 35).  The Motion seeks to have the Debtor amend her schedules to disclose undisclosed assets and turn over documentation relating to the undisclosed assets.

C.    On July 13, 2017, the Debtor filed Amended Schedules A, B, C, D, F, H and Amended Statement of Financial Affairs (Dkt. No. 39 and 41).

D.    On July 13, 2017, the Debtor filed a declaration in response to the Motion (the "Declaration", Dkt. No. 42).  The Declaration asserts, among other things, that the Debtor will provide documents responsive to the Trustee's request in the Motion.

E.    On July 18, 2017, the Debtor provided voluminous documents, including bank statements and tax returns, to the Trustee which appeared responsive to the Motion, and indicated that additional documents were forthcoming.

1

F.   On August 8, 2017, the Debtor provided additional documents, including bank statements, some check images, and the Debtor's mother's tax returns.

G.   To date, the following documents remain outstanding (the "Outstanding Documents"):

    a. Most recent HELOC statement for the real property located at 3166 West Ave M-2, Lancaster, CA

    b. Debtor's 2016 tax return;

    c. Copies of checks (front and back) and deposits for any amounts greater than $1,000 for the period December 2014 through June 2017, for the various accounts held at Bank of America, Chase, Wells Fargo, and Wescom accounts.

H.   Debtor's counsel has informed the Trustee that the Outstanding Documents are forthcoming.

I.   As such, the Parties have now mutually agreed to continue the hearing on the Motion for approximately 30 days in order to allow the Debtor additional time to provide all responsive documents, and for the Trustee to review such documents.

J.   The Parties submit that a continuance of the Motion will preserve Judicial Economy.

**NOW, THEREFORE**, in consideration of the foregoing, the Parties, by and through their respective attorneys of record, hereby agree and stipulate as follows:

## II.    STIPULATION

1. The Recitals above are incorporated into this Stipulation.
2. The Motion shall be continued to September 19, 2017 at 2:30 p.m., or such other date and time available on the Court's calendar after this proposed date.
3. This Stipulation may be executed in counterparts, which taken together shall be considered a single document.  In addition, facsimile or Portable Document Format (PDF) signatures shall be treated as original signatures.

```
 1
 2  Dated: August 15, 2017              MARGULIES FAITH LLP
 3
                                        By:   /s/ Noreen A. Madoyan
 4                                            JEREMY W. FAITH
                                              NOREEN A. MADOYAN
 5                                            Attorney for Chapter 7 Trustee,
                                              Rosendo Gonzalez
 6
 7  Dated: August 15, 2017              OAKTREE LAW
 8
                                        By:   _____
 9                                            JULIE VILLALOBOS
                                              Attorney for Debtor,
10                                            Beverly Monique Murray Calcote
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR CHAPTER 7 TRUSTEE: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**CHAPTER 7 TRUSTEE: Rosendo Gonzalez (TR)**    rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
**ATTORNEY FOR CHAPTER 7 TRUSTEE: Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**OUST: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR: Julie J Villalobos**    julie@oaktreelaw.com, oakecfmail@gmail.com;r51108@notify.bestcase.com
**ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA: Zann R Welch**    ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL** (state method for each person or entity served):
On **August 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**: Beverly Monique Murray-Calcote, 3166 West Ave M-2, Lancaster, CA 93536

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX:**
**JUDGE'S COPY**: Hon. Robert N. Kwan, U.S. Bankruptcy Court, 255 E. Temple Street, Ste 1682, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2017 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**