| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH. (SBN 190647)<br>NOREEN A. MADOYAN (SBN 279227)<br>**MARGULIES FAITH, LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino, CA  91436<br>Telephone:  (818) 705-2777<br>Facsimile:   (818) 705-3777<br>Email:  Jeremy@MarguliesFaithLaw.com<br>Email:  Noreen@MarguliesFaithLaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Rosendo Gonzalez, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>                                             Debtor. | CASE NO.: 2:17-bk-11972-RK<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br>**SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542** was lodged on **August 16, 2017** and is attached.  This order relates to the stipulation which is docket number **51**.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                       **F 9021-1.2.BK.NOTICE.LODGMENT**

JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re

BEVERLY MONIQUE MURRAY-CALCOTE,

Debtor.

Case No.: 2:17-bk-11972-RK

Chapter: 7

**ORDER GRANTING SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

Current  Hearing Date:
Date:     August 22, 2017
Time:     2:30 p.m.
Place:    Courtroom 1675
          United States Bankruptcy Court
          255 E. Temple Street
          Los Angeles, CA 90012

[Proposed] Continued Hearing Date:
Date:     September 12, 2017
Time:     2:30 p.m.
Place:    Courtroom 1675
          United States Bankruptcy Court
          255 E. Temple Street
          Los Angeles, CA 90012

The Court, having considered the "Second Stipulation to Continue Chapter 7 Trustee's Motion for Order: (1) Compelling the Debtor's Cooperation with the Trustee Pursuant to 11 U.S.C. § 521; and (2) Requiring Turnover of Property of the Estate Pursuant to 11 U.S.C. § 542" (the "Second Stipulation", Dkt. No. 51); and good cause appearing, it is therefore;

**ORDERED** that:

    1.    The Second Stipulation is approved; and

    2.    The Motion, as that term is defined in the Second Stipulation, shall be continued to September 12, 2017 at 2:30 p.m., or such other date and time available on the Court's calendar after this proposed date.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 16, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR CHAPTER 7 TRUSTEE: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**CHAPTER 7 TRUSTEE: Rosendo Gonzalez (TR)**    rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com,khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
**ATTORNEY FOR CHAPTER 7 TRUSTEE: Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**OUST: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR: Julie J Villalobos**    julie@oaktreelaw.com, oakecfmail@gmail.com;r51108@notify.bestcase.com
**ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA: Zann R Welch**
ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) **August 16, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**: Beverly Monique Murray-Calcote, 3166 West Ave M-2, Lancaster, CA 93536

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX:**
**JUDGE'S COPY**: Hon. Robert N. Kwan, U.S. Bankruptcy Court, 255 E. Temple Street, Ste 1682, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2017 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                 Page 2                                 **F 9021-1.2.BK.NOTICE.LODGMENT**