JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

FILED & ENTERED

AUG 16 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BEVERLY MONIQUE MURRAY-CALCOTE,<br><br>    Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter: 7<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**<br><br>Current  Hearing Date:<br>Date:     August 22, 2017<br>Time:     2:30 p.m.<br>Place:    Courtroom 1675<br>              United States Bankruptcy Court<br>              255 E. Temple Street<br>              Los Angeles, CA 90012<br><br>[~~Proposed~~] Continued Hearing Date:<br>Date:     September 12, 2017<br>Time:     2:30 p.m.<br>Place:    Courtroom 1675<br>              United States Bankruptcy Court<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

1 | The Court, having considered the "Second Stipulation to Continue Chapter 7 Trustee's Motion for Order: (1) Compelling the Debtor's Cooperation with the Trustee Pursuant to 11 U.S.C. § 521; and (2) Requiring Turnover of Property of the Estate Pursuant to 11 U.S.C. § 542" (the "Second Stipulation", Dkt. No. 51); and good cause appearing, it is therefore;

**ORDERED** that:

1. The Second Stipulation is approved; and
2. The Motion, as that term is defined in the Second Stipulation, shall be continued to September 12, 2017 at 2:30 p.m. ~~, or such other date and time available on the Court's calendar after this proposed date.~~

### 

Date: August 16, 2017

_____
Robert Kwan
United States Bankruptcy Judge