HOWARD B. GROBSTEIN, CPA
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone: (818) 532-1020
Facsimile: (818) 532-1120
Email: hgrobstein@gtfas.com; documents@gtfas.com

Proposed Accountants for Rosendo Gonzalez,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE,**<br><br>Debtor. | Case No.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP, AS ACCOUNTANTS**<br><br>[No Hearing Requested] |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS; AND PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Rosendo Gonzalez, the court-appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Beverly Monique Murray-Calcote ("Debtor"), has filed an Application for entry of a Court Order authorizing the employment of Grobstein Teeple LLP ("GT" or "Firm") as the Trustee's accountants in this case pursuant to 11 U.S.C. § 327 (the "Application").

1  The Application is based upon this Notice, the Declaration of Howard B. Grobstein, the
2  pleadings and filed in the bankruptcy estate of the above-captioned Debtor, and upon such further oral
3  and documentary evidence as may be presented to the Court. The effective date of employment is
4  August 16, 2017.

5  The Trustee proposes to employ GT to provide the following specific acts:

6      a.  Obtain and evaluate financial records;
7      b.  Evaluate assets and liabilities of Debtor and Estate;
8      c.  Evaluate tax issues related to the Debtor and Estate;
9      d.  Prepare tax returns;
10     e.  Evaluate avoidable transactions;
11     f.  Provide litigation consulting if required; and
12     g.  Provide accounting and consulting services requested by the Applicant and
13         his counsel.

14 The Firm's resume is attached to the Application as <u>Exhibit A</u>. A schedule of the current rates
15 charged by the accountants and paraprofessionals of the Firm is attached to the Application as <u>Exhibit
16 B</u>, which rates are subject to periodic adjustment.

17 **PLEASE TAKE FURTHER NOTICE THAT** the Applicant proposes to retain GT upon the
18 following basis: Except as the Court may otherwise determine, after due notice, GT will petition the
19 Court under 11 U.S.C. Sections 330 for an allowance of fees and reimbursable costs not more often
20 than every 120 days. The petition will be heard upon notice to necessary parties. GT will accept
21 compensation and reimbursements of expenses in such amounts that the Court may award. There will
22 be no written employment agreement apart from this Application. The only source of payment or
23 compensation will be the estate. No retainer has been paid or is being proposed to GT. The Firm has
24 no agreement to share any compensation for services that have been rendered to date or that will be
25 rendered in the future in any capacity in connection with this case with any other individual or entity,
26 except as among and between the Firm's members and employees.

27 **PLEASE TAKE FURTHER NOTICE THAT** that any response and request for hearing as
28 to the proposed employment must be in the form as required by Local Bankruptcy Ruled 2014-1(b)

9013-1(f) and (o) and filed with the Clerk of the above-entitled Court, at 255 E. Temple Street, Room 940, Los Angeles, California 90012. The Deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery of posting as described in F.R.Civ.P.5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Gonzalez & Associates to the attention of Rosendo Gonzalez at 530 S. Hewitt Street, Suite 148, Los Angeles, CA 90013 and Grobstein Teeple LLP at the address indicated in the upper left corner of the first page of this Notice. A copy must also be served on the Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017. Failure to timely respond may be deemed as acceptance of the proposed employment. See Local Rules 9013-1(h).

You may obtain a copy of the Trustee's Application by making a written request at the address indicated in the upper left corner of the first page of this Notice. You may obtain copies of all pleadings on the Debtor's case from the Clerk's office.

Dated: August 18, 2017                             Grobstein Teeple LLP

                                                   By: _____
                                                   Howard B. Grobstein
                                                   Proposed Accountant for
                                                   Rosendo Gonzalez

Mailing Date: August  18 , 2017

# EXHIBIT A

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

## PARTNERS

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University Northridge (B.S. Accountancy, 1994) is a Partner in the Firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy and B.S. Accountancy) is a Partner in the Firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CISA, CITP,** University of Colorado, Boulder (B.S. Business Administration, 1997) is a Partner in the Firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services. He has testified as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**ALEX RACHMANONY, CPA,** California State University, Los Angeles (B.S. in Accountancy, 1988) is a Partner in the Firm. Mr. Rachmanony has over 20 years of experience providing financial reporting for audits and reviews, obtaining financing, financial benchmarking, profitability studies and reconciliations, financial forecasting and projecting, tax planning and compliance, and tax audit representation.

**KERMITH BOFFILL, CPA,** California State University Northridge (B.S. in Accountancy, 2007) is a Senior Tax Consultant with the Firm. Mr. Boffill worked in private accounting for thirteen years before starting his career in public accounting in March 2006. Mr. Boffill has worked on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**PROFESSIONALS**

**RYAN ALLEN,** California Lutheran University, (B.S., Accounting) is a Senior Consultant in the Firm.

**KIM BIRD,** California State, Fullerton (BA, Communications), is a consultant in the firm. Ms. Bird has experience in Business Management, payroll preparation, and book reconciliation.

**JESSIE CHUN,** The University of California, Los Angeles (Accounting) and University of San Diego (B.A., History) is a Consultant in the Firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**STEVEN GODOY, MSA,** San Diego State University (M.S. Accountancy- Accounting Information Systems) and San Diego State University (B.S. Business Administration-Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements. He is a member of the American Institute of CPAs, the Association of Latino Professionals For America, and the California Society of CPAs. He is currently a CPA Candidate with the California Board of Accountancy.

**BRIAN LUNDEEN, M.A.S., CFE** Northern Illinois University (Master of Accountancy Sciences, Accountancy, 2009) and Northern Illinois University (B.S., Accountancy, 2008) is a Manager with the Firm. Mr. Lundeen specializes in providing forensic accounting, litigation support, and fraud investigation services. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the California Receivers Forum, and the Los Angeles Bankruptcy Forum.

**KEVIN MEACHAM,** California State University, Northridge (B.S. Information Systems with an Option in Business) is a Consultant in the Firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**LUCIA MIER,** Santa Monica Community College (AA, Accounting, 2009) is a Consultant in the Firm.  Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**TRACEY MUGA,** California State University, Northridge (B.S. Family and Environmental Studies with an Option in Business, 1994) is a Consultant with the Firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**JACQUELYN NICOLL,** California State University, Northridge (Masters of Public Administration with emphasis in Management & Leadership) is a Consultant in the Firm.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. Business Management) is a Manager in the Firm.  Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support.  He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum.  Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. Accountancy and B.S. Finance) is a Senior Consultant in the Firm.  Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries.  He is a member of California Certified Public Accountants.

**BRIAN SIEGEL**, is a Forensic Technology Consultant with the Firm.  Mr. Siegel has 10 years experience in the technology field.  He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES,** California State University, Northridge (B.S. Finance) is a Consultant in the Firm.  Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management.  Mr. Solares is a CPA Candidate with the California Board of Accountancy.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A., Economics, emphasis in Accounting) is a Manager with the Firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting, and litigation support for her clients. She is currently the Secretary of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's Insolvency & Restructuring Confederation.

**PARAPROFESSIONALS**

**WENDI CARRANZA,** Southern California College of Business and Law (A.A., Paralegal Studies) is an Assistant Trustee Administrator in our Riverside office.

**SHEENA SKURO,** West Los Angeles College, (A.A., Paralegal Studies) is a Trustee Administrator with the Firm.

**DEBRA DYNABURSKY,** Los Angeles Valley College, (A.A., Business Administration: Accounting) is an Administrator with the Firm.

# EXHIBIT B

# GROBSTEIN TEEPLE LLP

# FIRM BILLING RATES

### Partners and Directors

| **Name** | **Rate** |
|---|---|
| Boffill, Kermith | $300.00 |
| Grobstein, Howard | $425.00 |
| Howard, Benjamin | $350.00 |
| Leonard, Jeffrey | $340.00 |
| Rachmanony, Alex | $325.00 |
| Stake, Kurt | $375.00 |
| Teeple, Joshua | $375.00 |

### Managing Consultants

| **Name** | **Rate** |
|---|---|
| Kaufman, Matthew | $250.00 |
| Lundeen, Brian | $255.00 |
| Roopenian, Steven | $255.00 |
| Shamas, Eddie | $200.00 |
| Wright, Kailey | $255.00 |

### Consultants

| **Name** | **Rate** |
|---|---|
| Allen, Ryan | $185.00 |
| Bird, Kimberly | $100.00 |
| Chun, Jessie | $165.00 |
| Godoy, Steven | $185.00 |
| Meacham, Kevin | $185.00 |
| Mier, Lucia | $175.00 |
| Muga, Tracey | $175.00 |
| Nicoll, Jacquelyn | $100.00 |
| Siegel, Brian | $200.00 |
| Solares, Kenneth | $175.00 |

## **Administrators**

| **Name** | **Rate** |
|---|---|
| Carranza, Wendi | $100.00 |
| Dynabursky, Debra | $100.00 |
| Skuro, Sheena | $100.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP, AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Jeremy Faith | Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com; Brian@MarguliesFaithlaw.com |
| Julie J Villalobos | julie@oaktreelaw.com, oakecfmail@gmail.com;r51108@notify.bestcase.com |
| Noreen A Madoyan | Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com |
| Rosendo Gonzalez | rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com, khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Zann R Welch | ecfnotices@ascensioncapitalgroup.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 18, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Beverly Monique Murray-Calcote
3166 West Ave M-2
Lancaster, CA 93536

Honorable Robert N. Kwan
US Bankruptcy Court
255 E. Temple Street, Suite 1682
Courtroom 1675
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/18/2017 | DEBRA DYNABURSKY | /s/ DEBRA DYNABURSKY |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-11972-RK<br>Central District of California<br>Los Angeles<br>Thu Aug 17 15:18:08 PDT 2017 | BMW Bank of North America<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>PO BOX 26249<br>Tampa FL 33623-6249 | BMW Financial Services<br>5550 Britton Pkwy<br>Hilliard, OH 43026-7456 |
| Bank of America<br>PO BOX 650225<br>Dallas, TX 75265-0225 | Chris Albence & Assoc<br>7777 Fay Avenue Suite 205<br>La Jolla, CA 92037-4324 | Inglewood Park Cemetary<br>PO BOX 6042<br>Inglewood, CA 90312-6042 |
| Larnita A Pette<br>2588 El Camino Real Ste F 195<br>Carlsbad CA 92008-1211 | Los Angeles Police FCU<br>16150 Sherman Way<br>Van Nuys, CA 91406-3938 | Nationstar Mortgage<br>PO BOX 619063<br>Dallas, TX 75261-9063 |
| Unify Financial Credit Union<br>PO BOX 10018<br>Manhattan Beach, CA 90267-7518 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Beverly Monique Murray-Calcote<br>3166 West Ave M-2<br>Lancaster, CA 93536-2841 |
| Julie J Villalobos<br>Oaktree Law<br>10900 183rd St Ste 270<br>Cerritos, CA 90703-5343 | Rosendo Gonzalez (TR)<br>Gonzalez & Associates<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, CA 90013-1906 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AAA Financial Services
PO BOX 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)BMW Bank of North America<br>c/o Ascension Capital Group<br>PO BOX 165028<br>Irving TX 75016-5028 | (d)Larnita A Pette<br>2588 El Camino Real Ste F-195<br>Carlsbad, CA 92008-1211 |