United States Bankruptcy Court
Central District of California

In re:  
Beverly Monique Murray-Calcote  
    Debtor

Case No. 17-11972-RK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Aug 16, 2017  
    Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db    +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:  
    Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,  
    Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com  
    Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,  
    oakecfmail@gmail.com;r51108@notify.bestcase.com  
    Noreen A Madoyan    on behalf of Trustee Rosendo Gonzalez (TR) Noreen@MarguliesFaithLaw.com,  
    Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com  
    Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,  
    khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com  
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
    Zann R Welch    on behalf of Creditor    BMW Bank of North America  
    ecfnotices@ascensioncapitalgroup.com  
    TOTAL: 6

JEREMY W. FAITH (SBN 190647)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Jeremy@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

AUG 16 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

BEVERLY MONIQUE MURRAY-CALCOTE,

Debtor.

Case No.: 2:17-bk-11972-RK

Chapter: 7

**ORDER APPROVING SECOND STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) COMPELLING THE DEBTOR'S COOPERATION WITH THE TRUSTEE PURSUANT TO 11 U.S.C. § 521; AND (2) REQUIRING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

Current Hearing Date:
Date:   August 22, 2017
Time:   2:30 p.m.
Place:  Courtroom 1675
        United States Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

[Proposed] Continued Hearing Date:
Date:   September 12, 2017
Time:   2:30 p.m.
Place:  Courtroom 1675
        United States Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

The Court, having considered the "Second Stipulation to Continue Chapter 7 Trustee's Motion for Order: (1) Compelling the Debtor's Cooperation with the Trustee Pursuant to 11 U.S.C. § 521; and (2) Requiring Turnover of Property of the Estate Pursuant to 11 U.S.C. § 542" (the "Second Stipulation", Dkt. No. 51); and good cause appearing, it is therefore;

**ORDERED** that:

1. The Second Stipulation is approved; and

2. The Motion, as that term is defined in the Second Stipulation, shall be continued to September 12, 2017 at 2:30 p.m. ~~, or such other date and time available on the Court's calendar after this proposed date.~~

###

Date: August 16, 2017

_____
Robert Kwan
United States Bankruptcy Judge

2