United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: scowanC             Page 1 of 1             Date Rcvd: Aug 18, 2017
                              Form ID: ntcpdiv          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db              +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841
smg              Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37935342        +BANK OF AMERICA,    PO BOX 26249,    Tampa FL 33623-6249
37618337        +Bank of America,    PO BOX 650225,    Dallas, TX 75265-0225
37618339        +Chris Albence & Assoc,    7777 Fay Avenue Suite 205,    La Jolla, CA 92037-4324
37618340        +Inglewood Park Cemetary,    PO BOX 6042,    Inglewood, CA 90312-6042
37935344         Larnita A Pette,    2588 El Camino Real Ste F 195,    Carlsbad CA 92008-1211
37618342        +Nationstar Mortgage,    PO BOX 619063,    Dallas, TX 75261-9063
37618343        +Unify Financial Credit Union,    PO BOX 10018,    Manhattan Beach, CA 90267-7518
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QRGONZALEZ.COM Aug 19 2017 01:43:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
                  530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg              EDI: EDD.COM Aug 19 2017 01:43:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Aug 19 2017 01:43:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
37618336         EDI: BANKAMER.COM Aug 19 2017 01:43:00      AAA Financial Services,    PO BOX 982235,
                  El Paso, TX 79998
37935343         EDI: AISACG.COM Aug 19 2017 01:43:00      BMW Bank of North America,
                  c/o Ascension Capital Group,    PO BOX 165028,    Irving TX 75016-5028
37618338        +EDI: BMW.COM Aug 19 2017 01:43:00      BMW Financial Services,    5550 Britton Pkwy,
                  Hilliard, OH 43026-7456
37618341        +E-mail/Text: bankruptcy@lapfcu.org Aug 19 2017 01:51:09      Los Angeles Police FCU,
                  16150 Sherman Way,    Van Nuys, CA 91406-3938
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Courtesy NEF
cr*             +BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
cr*             +Larnita A Pette,    2588 El Camino Real Ste F-195,    Carlsbad, CA 92008-1211
                                                                                   TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
```
              Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
               guliesFaithlaw.com
              Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
               oakecfmail@gmail.com;r51108@notify.bestcase.com
              Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
               Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
              Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com,
               khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Zann R Welch    on behalf of Creditor    BMW Bank of North America
               ecfnotices@ascensioncapitalgroup.com
                                                                                              TOTAL: 6
```

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Beverly Monique Murray−Calcote
**SSN:** xxx−xx−0565
**EIN:** N/A

3166 West Ave M−2
Lancaster, CA 93536

**BANKRUPTCY NO.** 2:17−bk−11972−RK
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 21, 2017**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: August 18, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**54 / G2**