HOWARD B. GROBSTEIN, CPA
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone: (818) 532-1020
Facsimile: (818) 532-1120
Email: hgrobstein@gtfas.com; documents@gtfas.com

Accountants for Rosendo Gonzalez,
Chapter 7 Trustee



FILED & ENTERED

SEP 13 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE,**<br><br>             Debtor. | CASE NO.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS, EFFECTIVE AUGUST 16, 2017**<br><br>Docket # 55 & 56<br><br>[No hearing required] |

Rosendo Gonzalez, Chapter 7 Trustee ("Trustee") of the Estate of Beverly Monique Murray-Calcote (the "Debtor"), has filed his application to employ Grobstein Teeple LLP as his accountants ("GT"). It appears from the application that it is necessary that the Trustee employ GT as his accountants. It appearing that good cause exists:

**IT IS ORDERED:**

1.      The application is **APPROVED.**

2. The Trustee is authorized to employ Grobstein Teeple LLP, effective August 16, 2017, as his accountants at the expense of the estate pursuant to the terms set forth in the application.

###

Date: September 13, 2017

_____
Robert Kwan
United States Bankruptcy Judge