United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: mbakchell          Page 1 of 1          Date Rcvd: Sep 13, 2017
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db              +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Jeremy   Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
               guliesFaithlaw.com
              Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
               oakecfmail@gmail.com;r51108@notify.bestcase.com
              Noreen A Madoyan    on behalf of Trustee Rosendo   Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
               Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
              Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
               khernandez@gonzalezplc.com,rossgonzalez@gonzalezplc.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Zann R Welch    on behalf of Creditor    BMW Bank of North America
               ecfnotices@ascensioncapitalgroup.com
                                                                                              TOTAL: 6

HOWARD B. GROBSTEIN, CPA
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone: (818) 532-1020
Facsimile: (818) 532-1120
Email: hgrobstein@gtfas.com; documents@gtfas.com

Accountants for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE,**<br><br>                              Debtor. | CASE NO.: 2:17-bk-11972-RK<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS, EFFECTIVE AUGUST 16, 2017**<br><br>Docket # 55 & 56<br><br>[No hearing required] |

Rosendo Gonzalez, Chapter 7 Trustee ("Trustee") of the Estate of Beverly Monique Murray-Calcote (the "Debtor"), has filed his application to employ Grobstein Teeple LLP as his accountants ("GT"). It appears from the application that it is necessary that the Trustee employ GT as his accountants. It appearing that good cause exists:

**IT IS ORDERED:**

1.    The application is **APPROVED.**

2. The Trustee is authorized to employ Grobstein Teeple LLP, effective August 16, 2017, as his accountants at the expense of the estate pursuant to the terms set forth in the application.

###

Date: September 13, 2017

Robert Kwan
United States Bankruptcy Judge