1 | ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
2 | Los Angeles, CA  90013

3 | Telephone:     (213) 452-0071
Facsimile:     (213) 452-0080
4

**UNITED STATES BANKRUPTCY COURT**
5 | **CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**
6

7 | In Re:                                          Case No.: 2:17-11972-RK

8 | BEVERLY MONIQUE MURRAY-
CALCOTE                                      119722

9 |                                                Chapter: 7

10 |                                               NOTICE OF CONTINUED MEETING OF
CREDITORS AND APPEARANCE OF
11 |                                               DEBTOR [11 USC 341(a)]

                          Debtor(s)
12

13 | COUNSEL: JULIE J VILLALOBOS
TO THE ABOVE NAMED DEBTOR(S):

14 |        You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section
341(a) in the above-entitled matter was continued to 10/31/17 at 10:00 AM at 915 WILSHIRE
15 | BLVD., 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

16 | - Provide a copy of the most current mortgage statement showing the balance owed and current
property insurance including the policy number and effective dates
17 | - Provide the last 90 days of bank statements from the petition filing date for each account (3) listed
on Schedule B
18 | - Amend Statement of Financial Affairs
         - Provide documentation of mother's ownership of bank account ending in 8541
19

20 | Dated:    October 10, 2017                    /s/ Rosendo Gonzalez
21 |                                               ROSENDO GONZALEZ, TRUSTEE

22

23

24

25

26

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

STATE OF CA, COUNTY OF LOS ANGELES

     I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA  90013.

     On October 10, 2017, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

BEVERLY MONIQUE MURRAY-CALCOTE
3166 WEST AVE M-2
LANCASTER, CA  93536

JULIE J VILLALOBOS
OAKTREE LAW
10900 183RD ST STE 270
CERRITOS, CA  90703

☒ **BY MAIL**
    ☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
    ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on October 10, 2017, at Los Angeles, California.
    ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

_____      /s/ VINCE BOWEN
                                           VINCE BOWEN