1 | ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
2 | Los Angeles, CA  90013

3 | Telephone:    (213) 452-0071
Facsimile:     (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES

| In Re: | Case No.: 2:17-11972-RK |
|---|---|
| BEVERLY MONIQUE MURRAY-CALCOTE | 119722 |
| | Chapter: 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: JULIE J VILLALOBOS
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/21/17 at 09:00 AM at 915 WILSHIRE BLVD., 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

- Provide a copy of the most current mortgage statement showing the balance owed and current property insurance including the policy number and effective dates
- Provide the last 90 days of bank statements from the petition filing date for each account (3) listed on Schedule B
- Amend Statement of Financial Affairs
    - Provide documentation of mother's ownership of bank account ending in 8541

Dated:   November 2, 2017              /s/ Rosendo Gonzalez
                                         ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA 90013.

On <u>November 2, 2017</u>, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

BEVERLY MONIQUE MURRAY-CALCOTE
3166 WEST AVE M-2
LANCASTER, CA 93536

JULIE J VILLALOBOS
OAKTREE LAW
10900 183RD ST STE 270
CERRITOS, CA 90703

☒ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on <u>November 2, 2017</u>, at Los Angeles, California.
☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ VINCE BOWEN
VINCE BOWEN