| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>KENNETH G. LAU, State Bar No. 155314<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-4480 telephone<br>(213) 894-2603 facsimile<br>Email:         Kenneth.G.Lau@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: United States Trustee | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>Beverly Monique Murray-Calcote,<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-11972 RK<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*):<br>Order Approving Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action |

PLEASE TAKE NOTE that the order titled Order Approving To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action was lodged on (*date*) January 29, 2018 and is attached. This order relates to the stipulation which is adversary docket number 11.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                              F 9021-1.2.BK.NOTICE.LODGMENT

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:    *Kenneth.G.Lau@usdoj.gov*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE,**<br><br>    Debtor. | Case No.: 2:17-bk-11972 RK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE, DEBTOR BEVERLY MONIQUE MURRAY-CALCOTE AND CHAPTER 7 TRUSTEE GONZALEZ TO VOLUNTARILY DISMISS CASE WITH A REFILING BAR AS TO CHAPTER 7 ONLY IN LIEU OF DENIAL OF CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5)**<br><br>[No Hearing Requested or Required] |

Upon consideration of the Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action ("Stipulation"), by and between the United States Trustee, Debtor BEVERLY MONIQUE MURRAY-CALCOTE ("Debtor") and the Chapter 7 Trustee, and GOOD CAUSE APPEARING THEREFOR:

1.    The Stipulation shall be and hereby is APPROVED in its entirety;

1

2. This case is hereby and immediately DISMISSED, with a 8-year refiling bar for any subsequent Chapter 7 case only, from the entry date of the Order approving this Stipulation, in lieu of denial of the Debtor's Chapter 7 discharge 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5);

3. The Debtor shall not and will not file a petition for relief under chapter 7 of Title 11 for a period of 8 years after the bankruptcy court's entry of this Order;

4. Any order previously entered granting Debtor a discharge in the above-captioned Chapter 7 bankruptcy case, is VACATED;

5. Pursuant to the Stipulation, the Chapter 7 Trustee and his court-approved professionals have waived their respective fees and expenses incurred throughout the course of this bankruptcy case to investigate and attempt to administer estate assets. Therefore, contemporaneously with the entry of this Order, the Chapter 7 Trustee shall return any and all estate assets, and potential estate assets, in his possession and/or control to the custody and possession of the holder or holders of said assets; and

6. The United States Trustee, the Debtor and the Chapter 7 Trustee shall each bear their own respective fees and costs in connection with the underlying bankruptcy case, including the U.S. Trustee's Adversary Action, Adv. No. 2:17-ap-01487 RK, and each waives the right to make a claim against the other for such costs, attorneys' fees or any other expenses associated with this matter, including the U.S. Trustee's underlying Adversary Action

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the U.S. Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled:

**Notice Of Lodgment Of Order In Bankruptcy Case Re: Order Approving Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. §§ 707(b)(3) and 707(a) With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/29/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Capacity | Email Address |
| --- | --- | --- |
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Jeremy Faith/ Noreen A Madoyan | Chapter 7 Trustee's Counsel | Noreen@MarguliesFaithLaw.com; Helen@MarguliesFaithLaw.com; Victoria@MarguliesFaithLaw.com; Brian@MarguliesFaithlaw.com |
| Rosendo Gonzalez (TR) | Chapter 7 Trustee | rgonzalez@ecf.epiqsystems.com, vbowen@gonzalezplc.com; rossgonzalez@gonzalezplc.com |
| Julie J Villalobos/ Larry Fieselman | Debtor's Counsel | julie@oaktreelaw.com, oakecfmail@gmail.com; r51108@notify.bestcase.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor**:
Beverly Monique Murray-Calcote
3166 West Ave M-2
Lancaster CA 93536

3. **SERVED BY (state method for each person served)**:

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy
The Honorable Robert Kwan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                **F 9021-1.2.BK.NOTICE.LODGMENT**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/29/18 | Lawrence Pleasant | /s/ Lawrence Pleasant |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                          F 9021-1.2.BK.NOTICE.LODGMENT