PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:        *Kenneth.G.Lau@usdoj.gov*

**FILED & ENTERED**

**FEB 01 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY tatum      DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE**,<br><br>                    Debtor**.** | Case No.: 2:17-bk-11972 RK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE , DEBTOR BEVERLY MONIQUE MURRAY-CALCOTE AND CHAPTER 7 TRUSTEE GONZALEZ TO VOLUNTARILY DISMISS CASE WITH A REFILING BAR AS TO CHAPTER 7 ONLY IN LIEU OF DENIAL OF CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5)**<br><br>[No Hearing Requested or Required] |

    Upon consideration of the <u>Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C.</u>

<u>With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11</u>

<u>U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing</u>

<u>Adversary Action</u>  ("Stipulation"), by and between the United States Trustee, Debtor BEVERLY

MONIQUE MURRAY-CALCOTE ("Debtor") and the Chapter 7 Trustee, and GOOD CAUSE

APPEARING THEREFOR:

    1.      The Stipulation is hereby APPROVED in its entirety;

1

2.    This case is hereby and immediately DISMISSED, with a 8-year refiling bar for

any subsequent Chapter 7 case only, from the entry date of the Order approving this

Stipulation, in lieu of denial of the Debtor's Chapter 7 discharge 11 U.S.C. §

727(a)(2), (a)(3), (a)(4) and (a)(5);

3.    The Debtor may not and will not file a petition for relief under chapter 7 of Title 11

for a period of 8 years after the bankruptcy court's entry of this Order;

4.    Any order previously entered granting Debtor a discharge in the above-captioned

Chapter 7 bankruptcy case, is VACATED;

5.    Pursuant to the Stipulation, the Chapter 7 Trustee and his court-approved

professionals have waived their respective fees and expenses incurred throughout

the course of this bankruptcy case to investigate and attempt to administer estate

assets.   Therefore, contemporaneously with the entry of this Order, the Chapter 7

Trustee must return any and all estate assets, and potential estate assets, in his

possession and/or control to the custody and possession of the holder or holders of

said assets; and

///

///

2

1      6.      The United States Trustee, the Debtor and the Chapter 7 Trustee are to each bear

2      their own respective fees and costs in connection with the underlying bankruptcy

3      case, including the U.S. Trustee's Adversary Action, Adv. No. 2:17-ap-01487 RK,

4      and each waives the right to make a claim against the other for such costs,

5      attorneys' fees or any other expenses associated with this matter, including the U.S.

6      Trustee's underlying Adversary Action.

7    IT IS SO ORDERED.

8

9                                    # # #

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: February 1, 2018

24                                    _____
                                     Robert Kwan
25                                   United States Bankruptcy Judge

26

27

28

                                       3