United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: statumC              Page 1 of 2           Date Rcvd: Feb 01, 2018
                              Form ID: ntcdsm            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db           +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
acc          +Grobstein Teeple LLP,    Grobstein Teeple LLP,    6300 CANOGA AVE,    STE 1500W,
               WOODLAND HILLS, CA 91367-8015
acc          +Grobstein Teeple LLP,    6300 Canoga Ave,    Ste 1500W,    Woodland Hills, CA 91367-8015
cr           +UNIFY Financial Federal Credit Union,    7935 W SAHARA AVE, STE 201,    LAS VEGAS, NV 89117-7909
37935342     +BANK OF AMERICA,    PO BOX 26249,    Tampa FL 33623-6249
37618337     +Bank of America,    PO BOX 650225,    Dallas, TX 75265-0225
37618339     +Chris Albence & Assoc,    7777 Fay Avenue Suite 205,    La Jolla, CA 92037-4324
37618340     +Inglewood Park Cemetary,    PO BOX 6042,    Inglewood, CA 90312-6042
37935344      Larnita A Pette,    2588 El Camino Real Ste F 195,    Carlsbad CA 92008-1211
37618342     +Nationstar Mortgage,    PO BOX 619063,    Dallas, TX 75261-9063
37618343     +Unify Financial Credit Union,    PO BOX 10018,    Manhattan Beach, CA 90267-7518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRGONZALEZ.COM Feb 02 2018 05:08:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
               530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg           EDI: EDD.COM Feb 02 2018 05:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Feb 02 2018 05:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
37618336      EDI: BANKAMER.COM Feb 02 2018 05:08:00      AAA Financial Services,    PO BOX 982235,
               El Paso, TX 79998
37935343      EDI: AISACG.COM Feb 02 2018 05:08:00      BMW Bank of North America,
               c/o Ascension Capital Group,    PO BOX 165028,    Irving TX 75016-5028
38075972      EDI: BMW.COM Feb 02 2018 05:08:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
               Dublin OH 43016, OH  43016
37618338     +EDI: BMW.COM Feb 02 2018 05:08:00      BMW Financial Services,    5550 Britton Pkwy,
               Hilliard, OH 43026-7456
37618341     +E-mail/Text: bankruptcy@lapfcu.org Feb 02 2018 05:10:44      Los Angeles Police FCU,
               16150 Sherman Way,    Van Nuys, CA 91406-3938
38100906     +EDI: RESURGENT.COM Feb 02 2018 05:08:00      PYOD, LLC its successors and assigns as assignee,
               of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
38024326      EDI: WFFC.COM Feb 02 2018 05:08:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Courtesy NEF
cr*          +BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
cr*          +Larnita A Pette,    2588 El Camino Real Ste F-195,    Carlsbad, CA 92008-1211
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Brett P Ryan    on behalf of Creditor    UNIFY Financial Federal Credit Union
               ziggy.valerio@unifyfcu.com
              Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
               guliesFaithlaw.com

```
District/off: 0973-2          User: statumC              Page 2 of 2                   Date Rcvd: Feb 01, 2018
                              Form ID: ntcdsm            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Julie J Villalobos    on behalf of Defendant Beverly Monique Murray-Calcote julie@oaktreelaw.com,
           oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
          Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
           oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
          Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
          Kenneth G Lau    on behalf of Plaintiff    United States Trustee (LA) kenneth.g.lau@usdoj.gov
          Merdaud Jafarnia    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
           mjafarnia@ecf.inforuptcy.com
          Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
           Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
          Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com,
           Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
          Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
           rossgonzalez@gonzalezplc.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
          Zann R Welch    on behalf of Creditor    BMW Bank of North America
           ecfnotices@ascensioncapitalgroup.com
                                                                                             TOTAL: 12
```

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Beverly Monique Murray−Calcote

**BANKRUPTCY NO.** 2:17−bk−11972−RK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0565
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/1/18

**Address:**
3166 West Ave M−2
Lancaster, CA 93536

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 1, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**82 / STG**