United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-11972-RK
Beverly Monique Murray-Calcote                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: statumC        Page 1 of 1        Date Rcvd: Feb 01, 2018
                            Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db            +Beverly Monique Murray-Calcote,    3166 West Ave M-2,    Lancaster, CA 93536-2841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
    Brett P Ryan    on behalf of Creditor    UNIFY Financial Federal Credit Union
     ziggy.valerio@unifyfcu.com
    Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
     Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
    Julie J Villalobos    on behalf of Defendant Beverly Monique Murray-Calcote julie@oaktreelaw.com,
     oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
    Julie J Villalobos    on behalf of Debtor Beverly Monique Murray-Calcote julie@oaktreelaw.com,
     oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
    Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
    Kenneth G Lau    on behalf of Plaintiff    United States Trustee (LA) kenneth.g.lau@usdoj.gov
    Merdaud Jafarnia    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com,
     mjafarnia@ecf.inforuptcy.com
    Noreen A Madoyan    on behalf of Trustee Rosendo  Gonzalez (TR) Noreen@MarguliesFaithLaw.com,
     Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
    Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com,
     Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
    Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,    vbowen@gonzalezplc.com,
     rossgonzalez@gonzalezplc.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Zann R Welch    on behalf of Creditor    BMW Bank of North America
     ecfnotices@ascensioncapitalgroup.com
                                                                           TOTAL: 12

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:        *Kenneth.G.Lau@usdoj.gov*

**FILED & ENTERED**

**FEB 01 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**BEVERLY MONIQUE MURRAY-CALCOTE**,<br><br>Debtor. | Case No.: 2:17-bk-11972 RK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE , DEBTOR BEVERLY MONIQUE MURRAY-CALCOTE AND CHAPTER 7 TRUSTEE GONZALEZ TO VOLUNTARILY DISMISS CASE WITH A REFILING BAR AS TO CHAPTER 7 ONLY IN LIEU OF DENIAL OF CHAPTER 7 DISCHARGE UNDER 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5)**<br><br>[No Hearing Requested or Required] |

Upon consideration of the Stipulation To Voluntarily Dismiss Case Pursuant To 11 U.S.C. With A Refiling Bar As To Chapter 7 Only In Lieu Of Denial Of Chapter 7 Discharge Under 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5); Vacating Status Conference Hearing Date; and Closing Adversary Action  ("Stipulation"), by and between the United States Trustee, Debtor BEVERLY MONIQUE MURRAY-CALCOTE ("Debtor") and the Chapter 7 Trustee, and GOOD CAUSE APPEARING THEREFOR:

1.        The Stipulation is hereby APPROVED in its entirety;

1

2. This case is hereby and immediately DISMISSED, with a 8-year refiling bar for any subsequent Chapter 7 case only, from the entry date of the Order approving this Stipulation, in lieu of denial of the Debtor's Chapter 7 discharge 11 U.S.C. § 727(a)(2), (a)(3), (a)(4) and (a)(5);

3. The Debtor may not and will not file a petition for relief under chapter 7 of Title 11 for a period of 8 years after the bankruptcy court's entry of this Order;

4. Any order previously entered granting Debtor a discharge in the above-captioned Chapter 7 bankruptcy case, is VACATED;

5. Pursuant to the Stipulation, the Chapter 7 Trustee and his court-approved professionals have waived their respective fees and expenses incurred throughout the course of this bankruptcy case to investigate and attempt to administer estate assets. Therefore, contemporaneously with the entry of this Order, the Chapter 7 Trustee must return any and all estate assets, and potential estate assets, in his possession and/or control to the custody and possession of the holder or holders of said assets; and

///

///

2

6.  The United States Trustee, the Debtor and the Chapter 7 Trustee are to each bear their own respective fees and costs in connection with the underlying bankruptcy case, including the U.S. Trustee's Adversary Action, Adv. No. 2:17-ap-01487 RK, and each waives the right to make a claim against the other for such costs, attorneys' fees or any other expenses associated with this matter, including the U.S. Trustee's underlying Adversary Action.

IT IS SO ORDERED.

### #

Date: February 1, 2018

_____
Robert Kwan
United States Bankruptcy Judge

3